Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

September 22, 2021

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JASON LAYES, a/k/a<br>MIKEY DIAMOND STARRETT,<br><br>Defendant. | NO. **CR21-5334 RJB**<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1
### (Unlawful Possession of an Unregistered Firearm)

On or about September 8, 2021, in Olympia, Washington, within the Western District of Washington, MICHAEL JASON LAYES a/k/a MIKEY DIAMOND STARRETT did knowingly possess a firearm, that is, a Remington 870 Express Magnum, 12-gauge shotgun bearing Serial Number C568363M, a weapon made from a shotgun having a barrel length of less than 18 inches and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(2).

//
//
//

INDICTMENT - 1
U.S. v. Michael Jason Layes a/k/a Mikey Diamond Starrett

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_____ 20___
Ravi Subramanian, Clerk

By _____ Deputy

C R 2 1 - 5 3 3 4 R J B

## ALLEGATIONS OF FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense charged in Count 1, MICHAEL JASON LAYES a/k/a MIKEY DIAMOND STARRETT shall forfeit to the United States, pursuant to Title 26 United States Code, Section 5872, by way of Title 28, United States Code, Section 2461(c), any firearms involved in the offense, including the Remington 870 Express Magnum, 12-gauge shotgun bearing Serial Number C568363M identified in Count 1.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

    1.    cannot be located upon the exercise of due diligence;

    2.    has been transferred or sold to, or deposited with a third party;

    3.    has been placed beyond the jurisdiction of the Court;

    4.    has been substantially diminished in value; or,

    5.    has been commingled with other property which cannot be divided without difficulty;

//

//

//

//

//

//

INDICTMENT - 2
U.S. v. Michael Jason Layes a/k/a Mikey Diamond Starrett

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),
2  to seek the forfeiture of any other property of the Defendant up to the value of the above-
3  described forfeitable property.

A TRUE BILL:

DATED: 22 September 2021

*Signature of the foreperson is redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
REBECCA S. COHEN
Assistant United States Attorney

INDICTMENT - 3
*U.S. v. Michael Jason Layes a/k/a Mikey Diamond Starrett*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970