# DEFENDANT STATUS SHEET
(One for each defendant)

### I.   CASE STATUS

Name of Defendant: Michael Jason Layes

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ 21-5189            CR

### II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on October 4, 2021 at 1:30 pm

   Defense Attorney's Name and address: Heather Carroll

The estimated trial time is   3-4   days.

(Revised March 2018)