UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JASON LAYES, a/k/a<br>MIKEY DIAMOND STARRETT,<br><br>Defendant. | NO. CR 21-5334 RJB<br><br>ORDER CONTINUING DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 22nd day of September 2021.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970