FILED ___ LODGED
___ RECEIVED

SEP 30 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

CHIEF MAGISTRATE JUDGE J RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-5334 RJB |
| Plaintiff, | ORDER GRANTING EX PARTE MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| v. | |
| MICHAEL LAYES A.K.A. MIKEY STARRETT, | |
| Defendant. | |

The Court having considered the Ex Parte/Sealed Motion for Withdrawal and Substitution of Counsel, and the documents being filed in support thereof.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defenders Heather Carroll and Greg Geist, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel on stand-by status.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 30th day of September, 2021.

J. RICHARD CREATURA
CHIEF UNITED STATES MAGISTRATE JUDGE

Presented by:
s/ Heather Carroll
Assistant Federal Public Defender

ORDER GRANTING MOTION TO WITHDRAW
(*United States v. Layes a.k.a Starrett*; CR21-5334-RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710