TRULINCS  63839509 - STARRETT, MIKEY DIAMOND - Unit: SET-D-C

------------------------------------------------------------

FROM: 63839509
TO:
SUBJECT: Re-open Detention Hearing
DATE: 10/12/2021 06:35:38 PM

FILED _____ LODGED
------ RECEIVED ------

OCT 15 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

To the Honorable J. Richard Creatura, United States Magistrate Judge:

I am writing to request a re-opening of my detention hearing.  I am listing the reasons in support of the re-opening below:

1.  The prosecutor claimed I'm a danger to society.  This is simply not true.  It was stated that I was under investigation for several attacks against Jehovah Witnesses (JW) churches.  I am innocent. The fact is I have not been charged  for these attack's.  Being under investigation is no reason for detention.  I'm being treated as if I'm guilty, and  convicted of these crimes.

2.  The prosecutor claimed I had threatened my girlfriend Tiffany Nelson with a shotgun.  She also said that I was compelled by "the spirits of JW" to do so.  This is simply not true.  If I had done this, I would have been arrested for it.  There is no police record of this incident.  My girlfriend would have called 911 immediately, and had me hauled off to jail if I did this. Tiffany also would have told her parents, and they would have called 911 if she had not already done so.  The Nelsons own the house I was living in with my girlfriend.  I would have been told to move out immediately.  I was never questioned by any law enforcement officer regarding this incident before, or at the time of my arrest for the shotgun on 9/8/2021.  Tiffany is superstitious. I'm not doing anything and blaming "spirits" for it.  These facts show that my girlfriend is absolutely lying about this.   I believe Tiffany's parents coerced her into making these allegations.

3.  The prosecutor claims that Tiffany Nelson said I'm "mesmerized by fire".  Once again, this is simply not true.  It is true that I have a propane fire ring in the back yard that I enjoy sitting by when it is cold out.  There is nothing more to it.

4.  I've had a clean criminal record for almost 30 years.  I was arrested for DUI in 1994, one point over the legal limit.  I have no record of violence against others.  I was married for 10 years (2002-2012).  I was in a relationship with Tiffany Nelson for almost 4 years.  There was NEVER any violence, threats of violence, or abuse of any sort in either relationship.

5.  I had a Conceal Carry permit issued by Thurston County (confiscated on 9/8/2021)  I also had a Federal Tax Stamp for a suppressor.  I passed background checks on the local and federal levels prior to my arrest.  All my firearms were legally possessed and secured in  my residence.  The 870 Remington shotgun was absolutely legal to the best of my knowledge.  I acquired it at a Walmart  in  the state of Maine while working there as a biologist for US Fish and Wildlife in the fall of 1999.  The modifications were intended to meet the minimum 26" length and 18" barrel.  The stock is a folding stock purchased at Cabela's.  I admit that I am ignorant to methods the ATF employs when measuring such a weapon.  There is no criminal intent, and the shotgun was modified in a manner to make it practical for home self-defense.  It simply makes no sense for me to have 4 legal firearms in my possession, and have a fifth one that is not legal.  I feel it is justified to charge me with "negligence" in this matter, but not a criminal felony charge.

Thank you very much for your time and consideration in this matter.

Sincerely,

Mikey Diamond Starrett



## Michael Layes, PWS

Professional Wetland Scientist, Owner of ACERA LLC "Advanced Concepts in Environmental Regulatory Assistance"

Tacoma, Washington, United States · 126 connections

### Join to Connect

ACERA "Advanced Concepts in Environmental Regulatory...

The Evergreen State College

Company Website ↗

# About

Mike Layes is a Wildlife Biologist and Certified Professional Wetland Scientist with 17 years professional experience. He has extensive training and experience in wetland science, aquatic habitat restoration and mitigation project design, wetland delineation, stream assessments, fishery survey techniques, and ordinary high water mark determinations, near-shore marine habitat assessments, eelgrass bed delineation, aquatic ecology, and threatened and endangered species survey and monitoring techniques, and environmental permitting.

Mike earned a Bachelor of Science Degree in Wildlife Biology from The Evergreen State College in 1995. He has previously worked as a wildlife biologist for several Federal and State agencies and

 **in**  |  Michael Layes, PWS  

threatened/endangered species surveys. Preparation of Habitat Management Plans,
Wetland Delineation Reports, and freshwater and marine habitat restoration,
enhancement, and mitigation plans. Project management: field crew supervision;
contracting; budget management; marketing; and invoice preparation. Preparation of
environmental...

Show more

### Restoration and Construction Specialist
Agua Tierra Land & Water Services

Jan 2006 - Oct 2006 · 10 months

Duties: Conducted property assessments: wetland delineation and categorization;
stream assessments; and ordinary high water mark determinations. Preparation of
Habitat Management Plans, Wetland Delineation Reports, and freshwater habitat
restoration, enhancement, and mitigation plans. Preparation of environmental permits:
JARPA; SEPA; and SMA/GMA Critical Areas Ordinance documents. Computer and
technical experience: Microsoft 2003 Office Suite; GPS, Total Station. Construction:
heavy equipment...

Show more

### Aquatic Biologist
Mount Rainier National Park

Jul 2000 - Oct 2005 · 5 years 4 months

Duties: Aquatic resources crew leader. Supervision of park technicians, interns, and
volunteers. Conduct park-wide inventory, monitoring, and GPS/GIS mapping of
amphibian populations in difficult terrain and field conditions. Conducted lake and
stream snorkel surveys for fish and amphibians. Assisted other park crews: fisheries;
wildlife; water and air quality monitoring; wildland fire; and GIS specialist as needed.
Entered, QA/QC, and analyzed data, prepared reports. Computer and technical...

Show more

### Wildlife Biologist
Oregon State University

Mar 2000 - Jun 2000 · 4 months

Biologist for seabird and salmon interaction research project on the Columbia River.

Case 3:21-cr-05334-DGE   Document 27   Filed 10/15/21   Page 4 of 5

 Michael Layes, PWS 

### Volunteer Biologist
Mar 1997 - Jun 1997 · 4 months

Duties: Volunteer Biologist for Po'ouli (critically endangered honey creeper – now believed extinct) study in the Hanawi Natural Area on Haleakala. Conducted point counts, bird banding, and nesting observations.

### Wildlife Biologist
Oregon State University

Apr 1996 - Oct 1996 · 7 months

Duties: Biologist for forest practices/habitat utilization study in the Tillamook State Forest, OR. Conducted a Northern Flying Squirrel mark-recapture study. Collected and record data.

# Education

### The Evergreen State College
B.S. · Wildlife Biology

1991 - 1995

Emphasis in Botany, Natural History, Pacific Salmon, and Marine Biology

### SPSCC
-

### San Ramone Valley High
-

# Licenses & Certifications

### Professional Wetland Scientist
Society of Wetland Scientists

Issued Aug 2011

FEDERAL DETENTION CENTER.
NAME: Mikey Diamond Starrett
REG: 63839-509    UNIT: DC #17
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
13 OCT 2021 PM 4 L

J. Richard Creatura, U.S. Magistrate Judge
United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

98402-323499

FILE
OCT 15 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY