Hon. David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JASON LAYES a/k/a MIKEY DIAMOND STARRETT,<br><br>Defendant. | NO. CR21-5334-DGE<br><br>PRAECIPE TO FILE CORRECTED PROPOSED ORDER |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington and Rebecca S. Cohen, Assistant United States Attorney for said District, respectfully submits this Praecipe to file corrected proposed order to United States' Motion to Seal. Dkt. No. 32.

The Motion was filed on October 28, 2021 and requested an Order to Seal the Government's Motion for Competency Evaluation and Hearing. The Proposed Order that was filed at Document No. 32 was the incorrect document. Please replace the previously filed Proposed Order to Seal with the attached corrected document.

//

//

Praecipe to File Corrected Proposed Order - 1
*United States v. Layes a/k/a Starrett,* CR21-5334-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  DATED this 29th day of October 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Telephone:  206-553-6526
Email: Rebecca.Cohen@usdoj.gov

Praecipe to File Corrected Proposed Order - 2
*United States v. Layes a/k/a Starrett,* CR21-5334-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) on standby for the defendant, and I mailed a copy of this document via United States Postal Service to the Defendant, Mikey Diamond Starrett aka Michael Layes, by First Class Mail to the following address:

> Mikey Diamond Starrett, Registration No. 63839-509
> FDC - SeaTac
> Federal Detention Center
> PO Box 13900
> Seattle, WA 98198

*s/Marcel Wilken-Brown*
MARCEL WILKEN-BROWN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-1725
E-mail: Marcel.Wilken-brown@usdoj.gov

Praecipe to File Corrected Proposed Order - 3
*United States v. Layes a/k/a Starrett,* CR21-5334-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800