TRULINCS 63839509 - STARRETT, MIKEY DIAMOND - Unit: SET-D-C

*MDStarrett*

FROM: 63839509
TO:
SUBJECT: Case Number CR21-5334 ~~RJB~~ DGE
DATE: 10/25/2021 02:01:50 PM

FILED _____ LODGED
_____ RECEIVED
OCT 28 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

To The Honorable J. Richard Creatura, U.S. Magistrate Judge:

I have received my Discovery and have some important information to share with you regarding my case. First of all, I would like to discuss the Remington 870 Express Magnum Shotgun that I was arrested for possessing. Second, I would like to further discuss the allegations that I used this weapon to threaten my girlfriend. Please refer to my previous correspondence, as this letter updates the information I already sent you. In addition, please refer to my Discovery documentation as I will be referring to it in this letter.

The Remington 870 was purchased by me on 9/21/1999 (Batch 1, Bates 000359, ATF-Layes Trace).
The Remington 870 was fitted with a "Tactical Top-Folding Stock" (Batch 1, Bates 000417-000418, Product Installation Guide).
The Remington 870 is photographed by the ATF on my kitchen floor 9/8/2021 (Batch 1, Bates 000431)

I have owned the Remington 870 for about 22 years (over 8,000 days) and have never threatened anyone, or have done anything illegal with it (Batch 1, Bates 00359).

The Remington 870 is fitted with a "Tactical Top-Folding Stock" (Batch 1, Bates 000417-000418). The ATF pictures show the stock partially installed. There are no advisories or warnings in the instructions stating that failure to fully install the folding stock could result in Federal felony charges, imprisonment, fines, etc. The ATF agents should of discussed this with me at the time of the raid on 9/8/2021. The stock portion could have easily been attached with one bolt and nut, making the firearm completely legal.

The photographs the ATF took of the shotgun are of it laying on a linoleum floor with a 6" x 6" square pattern (Batch 1, Bates 000431). Using these squares as a scale, one can mark off 6-inch "tics" on the edge of a piece of paper. Doing this allows one to measure the length of the shotgun. These measurements show that the shotgun is actually 26"-27" long, not "approximately 24.5" as reported by ATF agents.

Based on the evidence presented above, the charges brought against me for possession of the 870 Remington Shotgun should be dropped, and I should be immediately released from the FDC. If not, the charges should be immediately reduced to a misdemeanor negligence charge.

During my Detention Hearing on 9/13/2021 the Prosecutor Rebecca S. Cohen made the following statement in support of my continued detention: "The defendant's girlfriend said he pointed his shotgun at her and told her that the 'spirits of Jehovah Witnesses told him to kill her and her parents'."
Rebecca S. Cohen also wrote my Federal Public Defender (at the time) Heather Carroll an email stating this exact same allegation on 9/9 or 9/10/2021 (prior to the detention hearing).

According to my Discovery, this allegation is not true. According to Batch 1, Bates 000399 # 33 - Interview with Tiffany Nelson (TN) 9/8/2021 06:27 AM, my girlfriend states the following:
"TN said LAYES had never been violent toward her. She said he had never indicated to her that he intended to hurt himself or others. When SA Heller asked, TN said she did not have any immediate safety concerns related to LAYES at that time."

Based on the evidence presented above, it appears the Prosecutor Rebecca S. Cohen committed perjury during my detention hearing and misled the Magistrate Judge.

The Prosecutor also states that I hear "voices" or "spirits". that is simply not true. I smoke American Spirits brand cigarettes. There must be some confusion ?..

The prosecutor also states I have an "extreme" alcohol and drug problem. I don't do any drugs whatsoever, illegal or prescription. I drink about 1/4 to 1/2 of a fifth of whiskey or vodka daily between 5pm and 2am. I usually do this in the privacy of my own residence. I mind own business and don't bother anyone. This is completely legal and really no business of the Federal Government.

I believe that I should be released immediately from the FDC based on the information provided above. My charges should be dropped, or at a minimum be reduced to a misdemeanor negligence charge, and if so, I should be released with time served. I

TRULINCS 63839509 - STARRETT, MIKEY DIAMOND - Unit: SET-D-C
--------------------------MDStarrett--------------------------------------------

appreciate the opportunity to communicate with you.  Thank you for your time and consideration.

Sincerely,

Mikey Diamond Starrett

*MDStarrett*

FEDERAL DETENTION CENTER
NAME: Mikey Diamond Starrett
REG. 63839-509   UNIT: DC
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
26 OCT 2021  PM 6  L





J. Richard Creatura,
United States Magistrate Judge
United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

98402-323499