| | | | The Honorable David G. Estudillo |
|---|---|---|---|

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR21-5334-DGE |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | |
| MICHAEL LAYES a/k/a MIKEY DIAMOND STARRETT, | |
| Defendant. | |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Rebecca S. Cohen and Max B. Shiner, Assistant United States Attorneys for said District, files this Exhibit List identifying each exhibit that the government may introduce at trial. The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial.

| Exhibit No. | Bates Number | Description | Introduced | Admitted |
|---|---|---|---|---|
| 1 | 11-355 and 693 | Search Warrant Photos | | |
| *reserved* | | | | |
| 10 | | Remington Express Magnum, 12-guage shotgun with serial number C568363M (BULK) | | |

Government's Exhibit List
*United States v. Layes a/k/a Starrett*, CR21-5334-DGE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit No. | Bates Number | Description | Introduced | Admitted |
|---|---|---|---|---|
| 11 | 416-418 | MAGPUL MOE M-LOK FOREND Installation Instructions | | |
| 12 | 469-477 | Report of Technical Examination from Daniel Hoffman, Chief, Firearms Technology Industry Services Branch, ATF | | |
| 13 | 1617-1647 | Photographs of firearm taken by Daniel Hoffman, Chief, Firearms Technology Industry Services Branch, ATF | | |
| 14 | 1594-1616 | ATF Firearms Trace (certified copy) | | |
| 15 | 461-468 | National Firearm Registration and Transfer Records (will revises Bates numbers in amended exhibit list to reflect certified copies) | | |
| 16 | 1586-1593 | Additional ATF Traces for Other Firearms | | |
| 17 | 1648-1653 | Written communication from Defendant to Court dated October 12, 2021 (certified copy, filed at Dkt. 27) | | |
| 18 | 1654-1657 | Written communication from Defendant to Court dated October 25, 2021 (certified copy, filed at Dkt. 36) | | |
| 19 | 702-1585 | Certification and records from Google | | |
| *reserved* | | | | |
| 25 | 364-388 | Certification and Records from Cabela's LLC | | |
| *reserved* | | | | |
| 30 | 360-363 | ATF Evidence Log | | |

Government's Exhibit List
*United States v. Layes a/k/a Starrett*, CR21-5334-DGE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 18th day of November, 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Rebecca S. Cohen*
REBECCA S. COHEN
MAX B. SHINER
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: 206-553-6526
E-mail: Rebecca.Cohen@usdoj.gov

Government's Exhibit List
*United States v. Layes a/k/a Starrett*, CR21-5334-DGE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970