The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LAYES a/k/a MIKEY DIAMOND STARRETT,<br><br>Defendant. | NO. CR21-5334-DGE<br><br>GOVERNMENT'S WITNESS LIST |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Rebecca S. Cohen and Max B. Shiner, Assistant United States Attorneys for said District, respectfully submits the below list of witnesses it reserves the right to call to testify in its case in chief. The government reserves the right to supplement this list, and to call any witnesses listed by the defense on its witness list. In addition, the government reserves the right to call other witnesses to address issues and defenses raised by the defense at trial.

1. Special Agent Lexi Widmer, ATF
2. Special Agent Ben Hunt, ATF
3. Special Agent Jason Casel, ATF
4. Daniel Hoffman, Chief, Firearms Technology Industry Services Branch, ATF

Government's Witness List
*United States v. Layes a/k/a Starrett,* CR21-5334-DGE - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Kevin L. Anderson, National Tracing Center, ATF

6. Jason Bowers, Firearms and Explosives Services Specialist, NFA Division Government Support Branch, ATF

7. Tiffany Nelson

Dated this 18th day of November, 2021.

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        */s/ Rebecca S. Cohen*
        REBECCA S. COHEN
        MAX B. SHINER
        Assistant United States Attorneys
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Telephone: (206) 553-6526
        Email: Rebecca.Cohen@usdoj.gov

Government's Witness List
*United States v. Layes a/k/a Starrett,* CR21-5334-DGE - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970