UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br> v.<br><br>MICHAEL JASON LAYES a/k/a/ MIKEY DIAMOND STARRETT,<br><br>    Respondent. | CASE NO. 3:21-cr-05334-DGE<br><br>ORDER APPOINTING COUNSEL |

  Defendant, who initially elected to proceed pro se (Dkt. Nos. 20, 35, 38) now makes a motion for the Court to appoint counsel. The Court considered and **GRANTS** Defendant's motion, and appoints Defendant's standby counsel, Lance M. Hester, as counsel of record under the Criminal Justice Act.

  Dated this 19th day of November, 2021.

                David G. Estudillo
                United States District Judge