JUDGE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JASON LAYES<br>a/k/a MIKEY DIAMOND STARRETT,<br><br>Defendant. | NO. CR21-5334DGE<br><br>MOTION TO CONTINUE PRETRIAL MOTIONS CUTOFF DATE, PRETRIAL CONFERENCE AND TRIAL DATE<br><br>NOTED: November 30, 2021 |

COMES NOW the defendant, Michael Jason Layes a/k/a Mikey Diamond Starrett, by and through his attorney, Lance M. Hester of the HESTER LAW GROUP, INC., P.S., and moves this Court for an order continuing the pretrial motions cutoff date, pretrial conference and trial date presently scheduled for December 6, 2021.

THIS MOTION is based on the files and records herein and the Declaration of Lance M. Hester filed in support thereof, and 18 U.S.C. §§ 3161(h)(7)(B)(iv), (h)(l)(D), and (h)(7)(A).

RESPECTFULLY SUBMITTED this 24th day of November, 2021.

HESTER LAW GROUP, INC., P.S.

/s/ Lance M. Hester
Lance M. Hester, WSBA #27813
Attorney for Defendant
lance@hesterlawgroup.com

MOTION TO CONTINUE - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441
www.hesterlawgroup.com

I, Lance M. Hester, hereby declare as follows:

1. As the court is aware, on December 19, 2021, this case was set for trial to occur on December 6, 2021 and I was then appointed to represent Mr. Starrett. Until November 19, 2021, Mr. Starrett was self-represented/pro-se, and I was acting as standby counsel.

2. I am unable to be prepared for trial by the currently scheduled trial date. During the November 19, 2021 hearing, Mr. Starrett expressed on the record his willingness to have the matter continued should I find myself unable to prepare and proceed to trial.

3. It is my preference this matter be continued well into 2022. It is well-known the government is pursuing additional charges and unfortunately those charges are reported to require the involvement of not just the Department of Justice but the Attorney General. The Attorney General's office does not appear to have acted on the case.

4. An acquittal on the instant case would make no impact on Mr. Starrett's potential sentencing should his anticipated additional charges result in conviction. Obviously, no attorney can guarantee Mr. Starrett an acquittal of the present firearm possession charge. If convicted of the present charge, Mr. Starrett's criminal history category and sentencing guidelines levels will be affected when he faces the pending additional charges. His resulting potential sentencing range, if convicted on the charges that the government anticipates, would accordingly be higher. While Mr. Starrett has been briefly oriented to this subject, Mr. Starrett deserves further education on this important issue.

5. I have spent additional time reviewing the issues in the present case that is set for trial on December 6, 2021. My recent appointment to full representation has not provided time sufficient for me to properly prepare for the trial. Nor does it give me adequate time to adjust the rest of my caseload.

MOTION TO CONTINUE - 2

**HESTER LAW GROUP, INC., P.S.**
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441
www.hesterlawgroup.com

6. Mr. Starrett has not yet had the chance to discuss with me the issues involved in executing a Speedy Trial Act Waiver. Should he decide to execute the waiver, I request the court re-set the case well into 2022. If he will not execute the waiver, I ask the court to set the case to the last day possible before the holidays, which I assume it December 20, 2021.

7. I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 24th day of November, 2021 at Tacoma, Washington.

Lance M. Hester, WSBA #27813
lance@hesterlawgroup.com

MOTION TO CONTINUE - 3

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441
www.hesterlawgroup.com

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and I hereby certify that I have mailed the document by U.S. Postal Service to Michael Jason Layes, a/k/a Mikey Diamond Starrett, defendant.

Signed at Tacoma, Washington this 29th day of November, 2021.

                                          */s/ Lee Ann Mathews*
                                        LEE ANN MATHEWS

MOTION TO CONTINUE - 4

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157 / Fax: (253) 572-1441
www.hesterlawgroup.com