JUDGE DAVID G. ESTUDILLO

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,                      )
                                               )
                    Plaintiff,                 )
                                               )     NO.  CR21-5334DGE
        vs.                                    )
                                               )     WAIVER OF SPEEDY TRIAL
MICHAEL JASON LAYES                            )     AND CONTINUANCE
a/k/a MIKEY DIAMOND STARRETT,                  )     AGREEMENT
                                               )
                    Defendant.                 )
                                               )

I, Michael J. Layes, a/k/a Mikey D. Starrett, having been advised of my right to a

speedy and public trial pursuant to the Sixth Amendment to the Constitution of the United

States and the Speedy Trial Act, do knowingly, and with advice of counsel, waive my right

to a speedy trial and consent to the continuation of the date of my trial from February 8,

2022 to ___May 23_____, 2022, for the purposes of 18 U.S.C. §

3161(h)(8)(A)&(B).

***

***

***

***

Waiver of Speedy Trial - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1    I consent to the requested continuance in order to allow my counsel the reasonable

2   time necessary to prepare my defense and hereby waive my right to speedy trial through

3   May 31, 2022.

4       DATED this 23 day of ~~November, 2021~~ December, 2021.

5

6                                                    MJ Starrett

7                                          Michael J. Layes
                                           a/k/a Mikey D. Starrett

8

9

10                                         LANCE M. HESTER
                                           WSB #27813

11                                         Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Waiver of Speedy Trial - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157