Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

December 13, 20 22

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-5334-DGE |
| Plaintiff | **SECOND SUPERSEDING INDICTMENT** |
| v. | |
| MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Damage to Religious Property)

On or about March 19, 2018, in Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES, intentionally defaced, damaged, and destroyed religious real property, specifically, the Kingdom Hall of Jehovah's Witnesses located in Tumwater, Washington, because of the religious character of the property.

It is further alleged that the offense was in and affected interstate and foreign commerce, and included the use of fire.

All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

Second Superseding Indictment - 1
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*
USAO No. 2019R00071

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Using Fire to Commit a Felony)

On or about March 19, 2018, in Tumwater, Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES knowingly used fire to commit a felony prosecutable in a court of the United States: *Damage to Religious Property,* a violation of 18 U.S.C. §§ 247(a)(1) and (d)(3), as alleged in Count 1 of this Second Superseding Indictment.

All in violation of Title 18 United States Code, Section 844(h)(1).

## COUNT 3

### (Damage to Religious Property)

On or about March 19, 2018, in Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES, intentionally defaced, damaged, and destroyed religious real property, specifically, the Kingdom Hall of Jehovah's Witnesses located in Olympia, Washington, because of the religious character of the property.

It is further alleged that the offense was in and affected interstate and foreign commerce, and included the use of fire.

All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

## COUNT 4

### (Using Fire to Commit a Felony)

On or about March 19, 2018, in Olympia, Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES knowingly used fire to commit a felony prosecutable in a court of the United States: *Damage to Religious Property,* a violation of 18 U.S.C. §§ 247(a)(1) and (d)(3), as alleged in Count 3 of this Second Superseding Indictment.

All in violation of Title 18, United States Code, Section 844(h)(1).

Second Superseding Indictment - 2
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*
USAO No. 2019R00071

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 5

### (Damage to Religious Property)

On or about May 15, 2018, in Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES, intentionally defaced, damaged, and destroyed religious real property, specifically, the Kingdom Hall of Jehovah's Witnesses located in Yelm, Washington, because of the religious character of the property.

It is further alleged that the offense was in and affected interstate and foreign commerce, and included the use of a dangerous weapon, to wit: a 5.56 x 45mm caliber M4 Colt carbine semi-automatic rifle.

All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

## COUNT 6

### (Use of a Firearm During and in Relation to a Crime of Violence)

On or about May 15, 2018, in Yelm, Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES knowingly used and carried a firearm, that is: a 5.56 x 45mm caliber M4 Colt carbine semi-automatic rifle, during and in relation to a crime of violence for which defendant may be prosecuted in a court of the United States: *Damage to Religious Property*, in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3), as alleged in Count 5 of this Second Superseding Indictment.

It is further alleged that, in the commission of the offense, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES discharged the firearm.

All in violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(A)(iii).

Second Superseding Indictment - 3
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*
USAO No. 2019R00071

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 7

### (Damage to Religious Property)

On or about July 3, 2018, in Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES, intentionally defaced, damaged, and destroyed religious real property, specifically, the Kingdom Hall of Jehovah's Witnesses located in Olympia, Washington, because of the religious character of the property.

It is further alleged that the offense was in and affected interstate and foreign commerce, and included the use of fire.

All in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

## COUNT 8

### (Using Fire to Commit a Felony)

On or about July 3, 2018, in Olympia, Thurston County, within the Western District of Washington, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES knowingly used fire to commit a felony prosecutable in a court of the United States: *Damage to Religious Property,* a violation of 18 U.S.C. §§ 247(a)(1) and (d)(3), as alleged in Count 7 of this Second Superseding Indictment.

All in violation of Title 18, United States Code, Section 844(h)(1).

//

//

//

Second Superseding Indictment - 4
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*
USAO No. 2019R00071

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 9

### (Unlawful Possession of an Unregistered Firearm)

On or about September 8, 2021, in Thurston County, Washington, within the Western District of Washington, MICHAEL JASON LAYES a/k/a MIKEY DIAMOND STARRETT did knowingly possess a firearm, that is, a Remington 870 Express Magnum, 12-gauge shotgun, a weapon made from a shotgun having a barrel length of less than 18 inches and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(2).

## ALLEGATIONS OF FORFEITURE

The allegations contained in Counts 1-9 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any offense alleged in Counts 2, 4, and 8, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 844(c), 982(a)(2)(B), and 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds of the offense, as well as any explosive materials involved or used or intended to be used in the offense.

Upon conviction of the offense charged in Count 6, MIKEY DIAMOND STARRETT a/k/a MICHAEL JASON LAYES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the 5.56 x 45mm caliber M4 Colt carbine semi-automatic rifle identified in Count 6.

Upon conviction of the offense charged in Count 9, MICHAEL JASON LAYES a/k/a MIKEY DIAMOND STARRETT shall forfeit to the United States, pursuant to Title

Second Superseding Indictment - 5
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*
USAO No. 2019R00071

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

26, United States Code, Section 5872, by way of Title 28, United States Code, Section 2461(c), any firearms involved in the offense, including the Remington 870 Express Magnum, 12-gauge shotgun identified in Count 9.

**Substitute Assets**. If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without
          difficulty,

//

//

//

Second Superseding Indictment - 6
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*
USAO No. 2019R00071

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the

2  defendant, up to the value of the above-described forfeitable property, pursuant to

3  Title 21, United States Code, Section 853(p).

4

5                              A TRUE BILL:

6                              DATED:  *13 December 2022*

7

8                              *Signature of Foreperson redacted pursuant*
                               *to the policy of the Judicial Conference of*
9                              *the United States.*

10                             _____

                               FOREPERSON

11

12

13

14  NICHOLAS W. BROWN                         KRISTEN CLARKE
    United States Attorney                    Assistant Attorney General
15                                            Civil Rights Division

16

17                                        By:
    TODD GREENBERG                               Matthew Tannenbaum
18  Assistant United States Attorney             Trial Attorney

19

20

21  REBECCA S. COHEN
22  Assistant United States Attorney

23

24

25

26

27

Second Superseding Indictment - 7                    UNITED STATES ATTORNEY
*U.S. v. Mikey Diamond Starrett a/k/a Michael Jason Layes, CR21-5334*    700 STEWART STREET, SUITE 5220
USAO No. 2019R00071                                  SEATTLE, WASHINGTON 98101
                                                     (206) 553-7970