1

2

3

4

5

6

**The Honorable David G. Estudillo**

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

8

9

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MIKEY DIAMOND STARRETT,

        Defendant,

Case No.: 3:21CR05334DGE-001

DEFENDANT'S SENTENCING MEMORANDUM

SENTENCING:  OCTOBER 18, 2024, 10:30

10

11

12

13

14

15

        COMES NOW the defendant, MIKEY DIAMOND STARRETT, by and through his attorneys, Bryan G. Hershman & Scott T. McGinty, and respectfully presents the following memorandum in support of Mr. Starrett's plea for a prison sentence of 84 months and one day (84 months on Count 6 consecutive to one day on Counts 1, 3, 5, and 7) as endorsed by US Probation.

16

17

18

19

20

**A.**    **Summary of Sentencing**

21

        Pursuant to a plea agreement with the government, Mr. Starrett pled guilty on May 24, 2024, to four counts of Damage to Religious Property (Counts 1, 3, 5, and 7) and one count of Use of a Firearm During and in Relation to a Crime for Violence (Count 6).  Furthermore, the plea agreement specifies that the government will not recommend a prison sentence of no more than 171 months.  This recommendation by the Government was calculated amongst the parties

22

23

24

25

26

27

28

DEFENDANT'S SENTENCING MEMORANDUM
Page 1 of 10

Bryan G. Hershman
Attorney at Law
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

and anticipated be the greatest sentence as determined by provisions of the USSG prior to receiving Probation's Presentence Report.  With respect to the combined Guidelines range, Mr. Starrett and the Government agree that the top-end of the applicable range is 171 months, rather than the 181 months calculated by Probation.

Nevertheless, Mr. Starrett joins the Sentencing Recommendation ***endorsed by the Probation Officer of 84 months and one day and will assert the significance of Probation's recommendation infra***.

**B.      Section 3553(a) Factors.**

Congress has enacted a series of nine factors for the court to consider in fashioning an appropriate sentence for a defendant.  Pursuant 18 U.S.C. 3553(a), the district court must "***impose a sentence sufficient, but not greater than necessary***" to comply with congressional directives. (Emphasis supplied.)   While Ninth Circuit jurisprudence regarding the various sentencing principles the district courts should consider, case and each defendant must be considered individually based on the facts of the case.

The factors as applied to Mr. Starrett are:

**(1)      The nature and circumstances of the offense and the history and characteristics of the defendant.**

The nature and circumstances of the offense are sadly well known to the court.  Mr. Starrett committed multiple arsons that resulted in the damages exceeding hundreds of thousands of dollars to multiple religious properties belonging to the Jehovah's Witness community.  A crucial factor of mitigation of his sentence in this matter is that Mr. Starrett, has expressed a deep sense of understanding of the harm his actions have caused and "has clearly demonstrated acceptance of responsibility for the offense." *See* PSR ¶61 & Exhibit A - Defendant's Letter of Responsibility.

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

Mikey Starrett is currently 52 years of age.  He is a citizen of the United States and has spent the vast majority of his adult life in Western Washington.  More specifically, Mr. Starrett came to Washington to attend The Evergreen State College after graduating from High School in Mountain View, California.  While attending college, Mr. Starrett moved into his Aunt and Uncles' house and worked for his father, Eugene Layes. His father, who owned a small independent construction company, agreed to pay Mr. Starrett's college tuition in return for his labor.

While at Evergreen College, Mr. Starrett excelled in his studies, and was well-regarded among his professors, who collectively shared an esteem for his participation and performance. Throughout the various evaluation summaries, Mr. Starrett is described as student who "demonstrated high degree of motivation and self-discipline" and "regularly contributed to seminar discussions by asking intelligent questions."  *See* Exhibit B - Defendant's College Transcripts.  Of significance, is the level of success Mr. Starrett exhibited in courses pertaining to the study of biology and other natural sciences.  In his evaluation, Mr. Starrett's Forest Ecology professor stated that his "research paper on endomycorrhiza was exceptionally well written" and that he possesses "the ability and commitment" to work "in the natural resource field." *Id. p. 5.* Appropriately, Mr. Starrett pursued a career in wildlife science upon receiving his Bachelor of Science degree in 1995.

Starting in 1996, Mr. Starrett would begin his career as a seasonal Wildlife Biologist, working in multiple national parks across the United States surveying everything from endangered birds, such as the spotted owl in New Mexico, to the salamander population in Maine. In 2012, Mr. Starrett earned his Professional Wetland Scientist certification and began working

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

as an Environmental Consultant for multiple firms, until ultimately starting his own business in Olympia, WA.

From the outset, Mr. Starrett is the epitome the American dream, as he is someone who worked hard to obtain an education, earned his bachelor's degree, and then found success in his desired field of studies. However, under the surface lies the unfortunate truth that Mr. Starrett harbored throughout his childhood, adolescence, and into adulthood. Probation recognized that "Mr. Starrett's judgment was no doubt influenced by the abuse and neglect he endured long before he committed these crimes." *See* Probation Sentencing Recommendation p. 6. As Probation noted in their recommendation, "[c]hildren who experience early life stressors are at risk of long-term adverse health effects including maladaptive coping skills, poor stress management, unhealthy lifestyles, and mental illness" *See* Probation Sentencing Recommendation p. 6 (Citing: Franke HA. Toxic Stress: Effects, Prevention and Treatment. Children (Basel). 2014)).

Of significance is the trauma and neglect that Mr. Starrett has suppressed since childhood. Providentially, Probation recognized that "Mr. Starett experienced severe, prolonged, and repetitive adversity without the benefit of family support given his perceived disinterest by his parents." *See* Probation Sentencing Recommendation p. 6. Notwithstanding the lack of support, attention, and affection Mr. Starrett received as a child, the fact that Mr. Starrett did not report that he was molested before the age of 10, is by itself, revealing of the unhealthy environment in which Mr. Starrett was raised in. Mr. Starrett did not have many friends growing up and was naturally thrilled when a local Boy Scouts leader welcomed him into their troop. Unbeknownst to Mr. Starrett, the troop leader and bus driver for Boy Scout Troop 84 in Mountain View, California" was a predator who eventually molested Mr. Starrett. Of significance, is that an

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

emotional Mr. Starrett did not disclose this horrific fact until the presentence interview. *See* PSR ¶76.

In sum, Mr. Starrett asks the court to consider his traumatic childhood and mental health in determining his sentence. It not necessarily the length of his prison term that will help Mr. Starrett deal with his problems in a healthy and productive way, but rather the rehabilitating programs and recourses that are made available to him.  Again, Mr. Starrett's total criminal history score is zero. According to the sentencing table in USSG Chapter 5, Part A, a criminal history score of zero establishes a criminal history category of I.  *See* PSR ¶66.

**(2)** **The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.**

Both the Defense and Probation believe that "[g]iven the circumstances of the offense and Mr. Starrett's personal history, a sentence of 84 months and one day, essentially the mandatory minimum in this case, is sufficient but not greater than necessary to provide just punishment, promote deterrence, protect the community, and offer the opportunity for meaningful rehabilitation." *See* Probation Sentencing Recommendation p. 5.  Similarly, the Defense and Probation agree that professional mental health treatment is fundamental to Mr. Starrett's ability to manage his life for the indefinite future. While Mr. Starrett recognizes the harm he caused, an excessive custodial sentence will not offer Mr. Starrett the opportunity for meaningful rehabilitation in the absence of professional mental health treatment.  However, whether he will receive the necessary care and treatment in custody is questionable at best.

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

Securing gainful employment upon his release in not an issue for Mr. Starrett. His employment history has been varied and an excessive prison term outside the 84-month mandatory minimum would not be anything but punitive, as Mr. Starrett could not apply his custodial time to obtaining an education and/or vocational training that would otherwise surpass the accreditations he has already obtained.

**(3)      The kinds of sentences available.**

The Sentencing Guidelines provide only for a sentence of incarceration.

**(4)      The kinds of sentence and the sentencing range established for the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines issued by the Sentencing Commission that are in effect on the date the defendant is sentenced.**

Mr. Starrett is subject to a seven-year mandatory minimum sentence for count 6.  Title 18 U.S.C. §924 (c)(1)(A) and (c)(1)(A)(ii), which must be served consecutively to counts 1, 3, 5, and 7.

**(5)      Any pertinent policy statement issued by the Sentencing Commission**

The defense is unaware of any relevant policy statements from the Sentencing Commission.

**(6)      The need to avoid unwarranted sentence disparities among defendants**

The defense contends that the immediate matter is unlike any case in which the Government will attempt to offer as "similarly situated defendants."

It is of significance to this Honorable Court, for sentencing purposes, that Mr. Starrett had a substantial defense to the charges for which he was indicted.  Mr. Starrett, however, made a choice to accept a plea, walk away from the option of trial, and to take accountability for his conduct. Even more, Defendant was further motivated to accept a plea of guilty, rather than trial, out of respect for a critical theory of the defense.  This requires explanation.

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

**(i) Other Suspect Evidence:**

Again, Mr. Starrett was made aware that there was significant evidence to support an "other suspect" theory.  In particular, significant evidence pointed toward another particular individual discussed infra.  However, Mr. Starrett was unable to live with the fact that another person could be charged with conduct perpetrated by him.  This weighed heavily on him, and, as a result, he allowed his counsel to negotiate and ultimately accepted a plea offer.

Nevertheless, after three years of investigation, and nearly 40,000 pages of police reports, the Government was still looking into other suspects, other than Mr. Starrett.  Further, the immediate investigation revealed that Jehovah Witness churches have been the target of multiple arsons.  Accordingly, the government's list of potential suspects was exceptionally long, as it included many disfellowshipped members who held grudges, victims of child abuse, and family members of deceased Jehovah Witness members.

**(ii) Flash Burns:**

Reference Bates page 3386,[1] discovery noted that the perpetrator, on surveillance film, lit an incendiary device designed to burn down a structure.  *See Attachment D.*  The device blew up in the face of the suspect, and completely engulfed him in flames.  The explosion was so violent that federal agents checked all local hospitals to see if anyone had been admitted at/about the date in question with injuries associated with significant burning or scarring.  Law enforcement was not able to locate any such admission.  Even more, Defendant possesses no scarring at all, let alone scarring attributable to being exposed to a fireball.  The court should also note that this incendiary device was captured on security video, and the reason it blew up, engulfing the suspect in flames was because two gallons of gasoline were used in the device

---

[1] Any reference to "Bates" numbers will refer to the assigned page numbers to the discovery provided to the defense by the Government.

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

without any sort of control.  The court can only imagine the size and violence of the explosion.  However, Mr. Starrett received no such burns.

**(iii) Fred Meyer Geofence and Surveillance:**

Video captured Defendant in Fred Meyer at or about the time of one of these church fires purchasing a type of fire log.  This fire log had great investigative relevance to the instant case.  Curiously, another person captured that day on video was suspect Gomez, who had almost the exact facial hair configuration as Defendant.  Gomez also has a same or similar build as Defendant.  Of note, after photographs were aired in the media, numerous tipsters called law enforcement indicating that Mr. Gomez was the suspect present in the Fred Meyer surveillance video.  *See Attachment C.*  Furthermore, Gomez had been viewed by law enforcement as a suspect in this arson investigation, as well.  Strong evidence supported the theory that the true suspect was Gomez due to the similarities between Defendant and Mr. Gomez.

**(iv) Forensics:**

On another occasion, a fake incendiary device was taken into evidence from the scene of one of the alleged arsons.  DNA swabbing was completed on adhesive tape taken off the device as well as from a stuffed rabbit that was on the device.  The DNA read out on the tape was inconclusive, and on the stuffed toy the DNA profile indicated three or four individuals may have touched the toy, with at least one of them being a male.  Further, DNA from a hat was recovered, but it was deemed inconclusive, i.e., not suitable for comparison.

From another scene wherein gunshots were fired at a church, a monster energy drink container was located near an ammo casing.  As a result, Law enforcement went to interview one of the suspects of that shooting, and, when they arrived, this suspect was ironically drinking a can of monster brand energy drink at the time the suspect encountered law enforcement.  Moreover, this drink container and ammo casings were forensically evaluated,

DEFENDANT'S SENTENCING MEMORANDUM
Page 8 of 10

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

1   and it was concluded that Mr. Starrett was excluded as a possible contributor.  In fact, from a

2   DNA perspective, Defendant was excluded as a possible contributor to countless items located

3   at or about arson scenes or shooting scenes.

4          Finally, the Government attempted to compare forensic printing, on recovered shells

5   found at various arson scene, with bullets fired from the rifle collected from the home of Mr.

6   Starrett.  Forensic identification (NIBIN) from this effort did not match.  *See* Bates pages

7   26,470–72.  The exact quote from forensic scientists was, "the opinion of a qualified examiner

8   that there is sufficient disagreement of features and microscopic detail (class and or individual

9   characteristics) to conclude that two or more to Marques originated from different sources." *Id.*

10          **(v) Geofence:**

11          From the perspective of a geofence analysis, the various reports did not place Defendant

12   at critical places at critical times.  For example, on July 3, 2018, the Mr. Starrett was could not

13   be placed at the Tumwater fire, despite photographs and videos depicting the suspect using his

14   phone to illuminate or photograph the incendiary device.  Further, on August 13, 2019, at the

15   Puyallup Kingdom Hall, Mr. Starrett was alleged to have perpetrated a fire.  However, placing

16   Mr. Starrett at this location was problematic for the government, due to Mr. Starrett's phone not

17   being found within the geofence at/about the time of this arson.

18          In is important to note, that since the commencement of this case, the constitutionality

19   of the geofence warrants have been under heavy scrutiny by Circuit Courts.  Just recently, the

20   Fifth Circuit held that "geofence warrants are modern-day general warrants and are

21   unconstitutional under the Fourth Amendment." *United States v. Smith*, 110 F.4th 817(5th Cir.

22   2024).

23   ///

24   //

25   /

26

27   DEFENDANT'S SENTENCING MEMORANDUM
     Page 9 of 10

28

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

**(7)** **The need to provide restitution to any victims of the offense.**

As part of the plea, Mr. Starrett has agreed that the Court can order him to pay restitution to the victims of his crimes.  Accordingly, Mr. Starrett intends to cooperate and satisfy any financial responsibility and/or judgment imposed by this court.

**C.** **CONCLUSION**

Defendant, Mikey Starrett respectfully requests the Court to follow the sentencing recommendation as endorsed by US Probation of 84 months and one day (84 months on Count 6 consecutive to one day on Counts 1, 3, 5, and 7), three years of supervised release, and to consider fashioning an appropriate sentence, that includes a recommendation for FCI Victorville, Lompoc, or Mendota.

Respectfully submitted this __14th___ day of October, 2024.

*Bryan G. Hershman*
Bryan G. Hershman, WSBA #14380
Attorney for Defendant

DEFENDANT'S SENTENCING MEMORANDUM
Page 10 of 10

**Bryan G. Hershman**
**Attorney at Law**
1105 Tacoma Ave South
Tacoma, Washington 98402
Telephone: (253) 405-4360
Email: Bryan@BryanHershman.com

Attachment A

To the Honorable Judge David G. Estudillo,

A positive result cannot be the immediate product from the accumulation of negative actions.  This is the corrective lesson that I have learned while confined to the walls of the Federal Detention.  Please know, that this letter is not intended to diminish the gravity of the destruction that I have caused, but rather it is an expression of the reflective understanding I have for the appalling negative actions that have brought me before your court.

I cannot justify my actions.  A differing opinion or belief, did not, and does not give me any right to damage property belonging to another.  Although I took great care to avoid physically hurting anybody, I had no right to destroy and damage Jehovah Witness Kingdom Halls and offer my sincere remorse for the fear and danger that my actions created.  I apologize to the Jehovah Witnesses for distributing their congregation with fear and for the destruction I caused to their places of worship.  To the fire department and first responders, I am sorry for causing an inexcusable risk to your wellbeing.  I apologize to my community for causing fear and concern that someone was on the loose damaging religious property amongst their population. I also want to apologize to the community for causing a waste in public resources to solve my case. My actions caused several law enforcement agencies to investigate and question hundreds of people that had absolutely nothing to do with what I did. I caused community resources to be used, and taxpayer dollars to be spent that would have otherwise been allocated towards preventing other criminal activity. I also want to apologize to all the people that were suspected of being involved with my crimes, but had absolutely nothing to do with what I did. It is my understanding that there were several other suspects under investigation. These people had to endure confinement, questioning, interrogation, raids, and searches by law enforcement while being wrongly perceived by members of the community.  These other suspects are innocent, and I am sorry for what they had to go through.

I've been incarcerated for almost 3 years and have had plenty of time to think about the choices I made that have brought me here.  Please know that I have absolutely no hate for the Jehovah Witnesses.  My entire belief system has changed, and I am ashamed of my actions.  I'm not the same person that committed these inexcusable crimes and I can assure everyone that I will never bother the Jehovah Witnesses community again.  I carry no animosity towards any individual other than myself.  Live and let live.  When I'm released, I will avoid all contact with Jehovah Witnesses and stay far away from their Kingdom Halls.

My family and friends were negatively impacted by my actions in several ways, and I apologize. They also had to endure questioning by law enforcement. Questions they had no answers for, because they knew nothing about what I did. My actions caused me to cut communication off to both friends and family in order to protect them from investigation. After I

was arrested, my actions caused me to be incarcerated and unavailable to financially support my destitute senior citizen mother. I caused my friends and family to be concerned for me, and embarrassed to know me. They absolutely do not condone my actions. I have caused irreparable damage to these relationships.  This is must live with.

Finally, I want to apologize to Tiffany Nelson for causing her happy home to be the subject of an invasive search. I am sure she had a panic attack and had to deal with the aftermath of putting her home back in place alone after Federal Agents ripped through her house only because of me and what I had done.  My actions destroyed a happy loving relationship of almost 4 years.

I have had a lot of time to contemplate all the negative effects my actions had on myself, family, friends, and my community. While I am underserving of anyone's forgiveness, I will dedicate the rest of my life verifying the regret, sorrow, and remorse I feel for everyone effected by my selfish and reprehensible choices.

With the utmost respect and humility,


Mikey Diamond Starrett

Attachment B



**RECORD OF ACADEMIC ACHIEVEMENT**
The Evergreen State College - Olympia, Washington 98505

OFFICIAL TRANSCRIPT DOCUMENT

| Layes, Michael Jason | A00073911 |
|---|---|
| Last, First Middle | Student ID |

## CREDENTIALS CONFERRED:

Bachelor of Science                    Awarded 18 Mar 1995

## EVERGREEN UNDERGRADUATE CREDIT:

| Start | End | Credits | Title |
|---|---|---|---|
| 09/1991 | 12/1991 | 16 | **Truth to Tell** |
| | | | *4 - Studies in Oral and Written Literature* |
| | | | *4 - Psychology of Memory* |
| | | | *4 - Personal Essay Writing* |
| | | | *2 - Anthropology: African Narrative* |
| | | | *2 - Library Research* |
| 01/1992 | 06/1992 | 28 | **Border Studies** |
| | | | *8 - Border Studies: US/Mexico and Canada/Quebec* |
| | | | *4 - Introduction to Language Use Study* |
| | | | *4 - Expository Writing* |
| | | | *8 - Independent Research Topic: Tropical Deforestation* |
| | | | *4 - Intermediate Algebra* |
| 06/1992 | 08/1992 | 4 | **General Biology: Exploring Life** |
| | | | *4 - General Biology* |
| 09/1992 | 12/1992 | 16 | **Introduction to Environmental Studies** |
| | | | *4 - Introduction to Environmental Studies* |
| | | | *6 - Environmental Science* |
| | | | *4 - Environmental Philosophy* |
| | | | *2 - Special Research Project: Sustainable Energy Systems* |
| 01/1993 | 03/1993 | 16 | **Explorations in Ecology** |
| | | | *\*10 - General Ecology* |
| | | | *\*3 - Seminar on Ecology* |
| | | | *\*3 - Ecological Field Studies* |
| 03/1993 | 06/1993 | 16 | **Pacific Coast Forests** |
| | | | *5 - Botany (Floristics)* |
| | | | *\*2 - Plant Ecology* |
| | | | *\*2 - Biogeography* |
| | | | *3 - Plant Sociology (\*2)* |
| | | | *1 - Physical and Historical Geology* |
| | | | *1 - Biological Illustration* |
| | | | *\*2 - Individual Research* |
| 06/1993 | 08/1993 | 8 | **Plants in Human Life** |
| | | | *4 - Introduction to Botanical Science (Lab Course)* |
| | | | *4 - Introduction to Ethnobotany (Lab Course)* |
| 09/1993 | 12/1993 | 16 | **Mammalogy** |
| | | | *\*8 - Mammalogy* |
| | | | *\*4 - Field Mammalogy* |
| | | | *4 - Vertebrate Museum Techniques* |

INFORMATION FROM THIS RECORD MAY NOT BE RELEASED TO ANY OTHER PARTY WITHOUT OBTAINING CONSENT OF STUDENT



**RECORD OF ACADEMIC ACHIEVEMENT**
The Evergreen State College - Olympia, Washington 98505

OFFICIAL TRANSCRIPT DOCUMENT

| Layes, Michael Jason | A00073911 |
|---|---|
| Last, First Middle | Student ID |

## EVERGREEN UNDERGRADUATE CREDIT:

| Start | End | Credits | Title |
|---|---|---|---|
| 01/1994 | 03/1994 | 16 | **Wintering Birds at Estuarine Wetlands** |
| | | | *4 - Ornithology* |
| | | | *4 - Botany* |
| | | | *4 - Field Ornithology* |
| | | | *4 - Record Keeping in Natural History* |
| 03/1994 | 06/1994 | 16 | **Invertebrate Zoology and Evolution** |
| | | | *\*5 - Invertebrate Zoology* |
| | | | *\*2 - Invertebrate Zoology Laboratory* |
| | | | *\*2 - Zoological Fieldwork* |
| | | | *\*4 - Evolution* |
| | | | *\*3 - Microscopy* |
| 09/1994 | 12/1994 | 16 | **Salmon** |
| | | | *\*6 - Pacific Salmon Biology* |
| | | | *\*2 - Pacific Salmon Management* |
| | | | *\*2 - Stream Ecology* |
| | | | *\*4 - Aquatic Insects* |
| | | | *2 - Scanning Electron Microscopy* |
| 01/1995 | 03/1995 | 4 | **Forest Ecology** |
| | | | *\*4 - Forest Ecology* |
| 01/1995 | 03/1995 | 4 | **Introductory Statistics** |
| | | | *4 - Introductory Statistics* |
| 01/1995 | 03/1995 | 4 | **Symbiosis** |
| | | | *\*4 - Symbiosis* |

## Cumulative

180 Total Undergraduate Credits Earned

INFORMATION FROM THIS RECORD MAY NOT BE RELEASED TO ANY OTHER PARTY WITHOUT OBTAINING CONSENT OF STUDENT

The Evergreen State College - Olympia, Washington 98505

## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 4301M | Symbiosis | | |
| Program or Contract No. | Title | | |

| | 01/95 | 03/95 | 4 |
|---|---|---|---|
| | Date began | Date ended | Qtr. Credit Hrs. |

**Description**: The students in this course studied the biology of symbiotic associations through lectures, readings and seminar topics taken from the primary literature. The phenomenon of symbiosis was examined at the organismal, physiological, cellular, biochemical, molecular and ecological levels. Characteristics that define the integration between the host and symbiont of many different specific associations were investigated, and included the following topics: alga-invertebrate, N-fixing bacteria-plant, chemoautotrophic bacteria-animal, mycorrhizae, lichens, gut microbes, bioluminescence, social symbiosis, and evolution through symbiosis. Each student presented an article taken from the primary literature during one seminar period and completed a take-home examination. Text: Douglas, A.E. (1994), *Symbiotic Interactions*, Oxford University Press; plus many other miscellaneous required readings on reserve in the library, especially Smith, D.C. & A.E. Douglas (1987), *The Biology of Symbiosis*. Arnold, London.

**Evaluation**: Michael's attendance and participation in lecture and seminar was very good. He regularly contributed to seminar discussions by asking intelligent questions. Michael's performance on the take-home exam displayed the thorough research that was necessary in order to correctly address the questions with excellent results. Michael's seminar presentation on experimental investigations of parasitoid wasps was thoroughly prepared with very good results.

**Suggested Course Equivalencies** (in quarter hours) TOTAL: 4

*4 - Symbiosis

(*Denotes upper division science credit)

Faculty signature(s)

Erik V. Thuesen, Ph.D.                    April 12, 1995
Faculty Name                              Date



The Evergreen State College - Olympia, Washington 98505
## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 4290M | Introductory Statistics | | |
| Program or Contract No. | Title | | |

| | 01/95 | 03/95 | 4 |
|---|---|---|---|
| | Date began | Date ended | Qtr. Credit Hrs. |

**Description**:  In this course the participants were introduced to the basics of statistics.  The students learned how to calculate median, mean, standard deviation, correlation coefficient, regression functions and standard normal distributions.  These calculations were applied to single and double variable situations, random variable and probabilities.  Methods of data presentation learned include:  stem plots, box plots, histograms, scatter plots, distributions curves, standard normalized curves, regression lines, and residual plots.  Students were involved in a number of hands-on data acquisition labs in the course, where they gathered, organized and analyzed data, applying concepts introduced in the course.  The students learn how to use a spread sheet (Microsoft Excel) to enter data, perform statistical analysis and graph the results.  The students exposed to additional computer software that could be used for statistical studies.  The students were assigned various in class and out of class assignments from the book and other sources.  Each student was assigned a term project for which to gather, and analyze data for a topic of a desired focus, the findings for the project were presented to the course participants in a semi-formal presentation.  Evaluation is based on participation, completion of assignments and the demonstration of mastery of content.

**Evaluation**:  Michael was an active participant in the course; he contributed to course discussions and took part in course activities.  Michael attended all but three course meetings.  Michael asserted himself on several occasions, asking questions for clarification and remaining engaged in dialogue until he was satisfied with the response.  Michael choose to work with another student in his independent project.  Together they selected a study of tree populations in comparison to altitude for their course project.  They examined tree size (diameter at breast height) and species distribution at six different elevations on Mt. Rainier.  They applied Excel for their entry of data, the analysis and presentation.  Extensive analysis of the data reflects a mastery of two variable statistics.  Michael has learned how to collect, organize and analyze data.  He mastered the introductory probability and related statistical concepts.  Me learned much from the use of Excel for statistical computations, using the software for variety of statistical methods.  Michael compiled a portfolio of homework assignments, lecture/class notes and example problems.  He completed the majority of the homework assignments.  Michael has demonstrated an aptitude for mathematics and statistics, comprehending concepts quickly and applying them with a high level of success.  Michael has completed all course requirements and receives full credit for Introductory Statistics.

**Suggested Course Equivalencies** (in quarter hours) TOTAL:  4
4 - Introductory Statistics

Faculty signature(s)

Louis Nadelson
Faculty Name

March 27, 1995
Date MAR 2 9 1995

ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505

**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 4396M | FOREST ECOLOGY |
|---|---|
| Program or Contract No. | Title |

| 01/95 | 03/95 | 4 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

**DESCRIPTION**:  Students in this course received lectures on the interrelationships of biological, physical, and chemical components of forest ecosystems.  Topics included energy processes and productivity, nutrient cycling, genetics, environmental factors, competition, and other interactions in forests of pure and mixed species.  Focus was on tree growth and stand development in managed and unmanaged forests of the Northwest.

The text used was Kimmins' *Forest Ecology* Chapters 1 through 15 plus lectures on forest distribution and patterns of tree and stand growth.  Evaluations were based primarily on performance in two examinations (midterm and final) and a library research paper or a research proposal on some topic of the student's choice related to forest ecology.

**EVALUATION**:  Michael is awarded full credit for the course.  He has achieved a good understanding of the basic principles and processes of forest ecology.  His research paper on VA or endomycorrhizae was exceptionally well written.  He expressed interest in working in the natural resource field and possible entering graduate school in the future.  He has the ability and commitment to do so.

**SUGGESTED COURSE EQUIVALENCIES (in quarter hours)** — 4

\* 4 — Forest Ecology

                                        **\* indicates upper division credit**

| Faculty signature(s) | |
|---|---|
| Dean S. DeBell | April 11, 1995 |
| Faculty Name | Date |



The Evergreen State College - Olympia, Washington 98505
## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 4112G | SALMON | | |
|---|---|---|---|
| Program or Contract No. | Title | | |

| 10/94 | 12/94 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Overall, Michael Layes did excellent work in all aspects of the Salmon Program.

His academic journal included all aspects of the program, with careful lecture notes, several thoughtful reflections on the lectures, lab work with aquatic insects, salmon anatomy and water quality analysis (aquatic insects and salmon were nicely sketched). Most of the reading assignments are outlined and reflected upon.

His weekly syntheses are among the best I've seen. These include all aspects of the program and most are synthesized around a theme.

For his project, Michael worked with three other students on aquatic invertebrates supplied by the Washington State Dept. of Highways. Their work resulted in a paper entitled, "Bioassessment of Benthic Macroinvertibrates as Indicators of the Biointegrity of Mitigated Wetlands: A Few Bugs Short of a Stream." The contents of this paper indicates that the students know several techniques of using invertebrates to assess wetlands and streams, are able to key aquatic insects to the family level, are familiar with advanced community ecology concepts of species diversity, succession and associated field methods. The paper is well organized and clearly written with a very thoughtful discussion. The data is nicely displayed in tables and graphs and the methodology is clear and critically discussed. A first rate job.

In addition, Michael did a project on his own involving scanning electron photomicrographs of insects and crustacea. His report on this project includes the methods used and 19 photographs of insects and 3 of crustacea. Morphological features of each are labelled and accompanied by notes on their ecology and life history. Excellent project.

Suggested Course Equivalencies (in quarter hours)   TOTAL:   16
*6 -  Pacific Salmon Biology
*2 -  Pacific Salmon Management
*2 -  Stream Ecology
*4 -  Aquatic Insects
 2 -  Scanning Electron Microscopy

   *upper division science credit

| | |
|---|---|
| Faculty signature(s) | |
| Robert Sluss, Ph.D. | January 4, 1995 |
| Faculty Name | Date |

Page  1   JAN 17 1995       ESCO3-002(5-87)

The Evergreen State College - Olympia, Washington 98505

## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | MICHAEL | JASON | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 3055G | INVERTEBRATE ZOOLOGY AND EVOLUTION | | |
| Program or Contract No. | Title | | |

| 4/94 | 6/94 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Michael's in-class invertebrate zoology quiz was good. His take-home examination was excellent, and he attained the highest score in the class. He demonstrated the ability to thoroughly interpret diverse zoological topics from a wide variety of invertebrate phyla. From his comments and attentiveness during lecture, it was clear that he was doing an excellent job of keeping up with the material in the textbook. Michael was a very active and energetic participant during work in the field and in the laboratory. His laboratory notebook was completed with excellent drawings, that were thoroughly labeled and annotated. Michael did an outstanding job on the laboratory practical examination that reflected a broad knowledge of many different invertebrate groups. His examination scores placed him in the top 5%.

In seminar, Michael was a regular participant and interjected intelligent comments relevant to the discussion. His presentation on the evolution of primates was very successful. He used many outside sources to thoroughly prepare the material and could answer questions displaying familiarity with the subject. Michael made outstanding use of visual aides to illustrate his topic. His first evolution quiz was perfect, and his final evolution exam was excellent, reflecting a solid grasp of evolutionary principles.

Michael completed the scanning electron microscopy training and became proficient in the use of SEM, light microscopy and phase contrast microscopy. His take-home examination on microscopy was very good. His microscopy research project, which he completed independently, was a study of arthropod eye structure and utilized light microscopy, Nomarski and SEM. The project was displayed in a poster entitled, "The arthropod compound eye," that was very well-prepared with excellent photomicrographs and presented in an organized manner. The poster demonstrated a thorough exploration of compound eye morphology in Crustacea and Insecta. Michael was able to answer questions with confidence and orally explain his results.

SUGGESTED COURSE EQUIVALENCIES (in quarter hours)  TOTAL:  16
(* - Upper Division Science Credit)

*5 - Invertebrate Zoology
*2 - Invertebrate Zoology Laboratory
*2 - Zoological Fieldwork
*4 - Evolution
*3 - Microscopy

Faculty signature(s)

Erik V. Thuesen

June 28, 1994

Faculty Name          Date

ESCO3-002(5-87)



The Evergreen State College · Olympia, Washington 98505
## INDIVIDUAL LEARNING CONTRACT

| | Qtr. | Credit Hrs. |
|---|---|---|
| | Fall | |
| | Wtr | 16 |
| | Spr | |
| | Smr | |
| | Total | 16 |

Layes, Michael J.

Student ID Number    Last Name      First      Initial

3693C     Dr. Steven G. Herman

Sponsor No.    Sponsor

Wintering Birds at Estuarine Wetlands    Jan. 3, 1994    Mar. 19, 1994

Short Title      Beginning Date    Expected completion

Subcontractor(s) and Title(s)

Objectives: 1. Learn about the ecology of estuarine wetlands, and how they relate to wintering birds. 2. Gain a basic understanding of ornithology. 3. Sharpen my ability to observe and record biological data in the field. 4. Study the geologic processes of estuaries. 5. Identify and study wetland plants.

F S **W** S
Circle One
Class
Standing

Related academic preparation and work experience: 10qh. Gen. Ecology; 3qh. Seminar on Ecology; 3qh. Ecological Field Studies; 6qh. Environmental Science; 4qh. Biology; 5qh. Botany; 2qh. Plant Ecology; 2qh. Biogeography; 3qh. Plant Sociology; 4qh. Botany Lab; 4qh. Ethnobotany.

Activities under this contract:    Weekly classroom component    ___Yes    _X_ No

1. Spend at least 20 days in the field studying estuarine wetlands.
2. Observe, identify, and count wintering birds at these wetlands.
3. Identify the plants at these wetlands, and look for trends in their distribution and abundance·
4. Keep a Grinnell Journal of all field work.
5. Complete a research paper on a selected wintering bird.
6. Read selected chapters out of several ornithology texts and compile chapter summaries of each.
7. Write a paper on the ecological and geological processes of an estuarine wetland.

Book List: Estuarine Ecosystems: A systems Approach. Vol I-II. By G.A. Knox. The Estuarine Ecosystem. By D.S. McLuscy. Ecology of Estuaries. M.J. Kennish. Life Histories of North American Shore Birds. By A.C. Bent. Ornithology in Laboratory and Field. By O.S. Pettingill Jr. The Audubon Society Handbook for Birders. By S.W. Kress. The Flora of the Pacific Northwest. By Hitchcock and Cronquist.

Support by the Sponsor and Subcontractor(s): Instruction and evaluation.

Procedures for evaluating completed contract: All parties to this contract will write evaluations of work completed.

Does this contract require the use of special resources, facilities and equipment, or carry special legal implications including compliance with the policy on "Human Subjects Review"? (If yes, attach clearances.) Yes ☐ No ☐

Student signature    *Mike Layes*    Date 12/13/93    Sponsor signature *Steven G. Herman*    Date 12/13/93

Signature(s) of Subcontractor(s)      Date

Dean of Group signature *Carolyn Dobb*    Date 1/11/94

ESCO3-004R1



The Evergreen State College - Olympia, Washington 98505
**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES | Michael | J. | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 3693C | Wintering Birds at Estuarine Wetlands |
|---|---|
| Program or Contract No. | Title |

| 1/94 | 3/94 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Michael Layes completed a full-time Individual Learning Contract under my sponsorship during the winter quarter of the 1993-94 academic year. Michael studied ornithology, botany, and geology as parts of his contract. Michael's academic progress was significantly enhanced by the studies he completed.

By focussing his studies in each of these disciplines on estuaries, Michael found a central unifying habitat that allowed him to relate his studies to a landscape theme.

In ornithology, Michael studied two primary textbooks on the subject, and coupled his base of background information with extensive and intensive field observations of birds, concentrating on identification. Clearly, he vastly increased his identification skills and learned much about the biology, ecology, and behavior of birds from both sources.

Michael maintained a field journal and plant and animal species accounts according to the rigorous Grinnell format. His work in this arena is excellent, and certainly he is now in a position to utilize this method in future studies and other work.

Michael supplemented his readings in ornithology with notes from the textbooks and a series of good drawings of the anatomy of birds. In keeping with the estuarine theme, he wrote a good term paper on the Great Blue Heron.

Michael's botany was limited primarily to the identification of salt marsh plants, and he noted especially the influences of tidal distribution on the distribution of the plants that came to his attention. His studies of geology were mainly from texts, and, again, dealt primarily with estuarine circumstances.

Michael has taken good advantage of both the freedom and responsibility that are inherent in the Individual Contract mode. He should be very pleased with his progress this quarter.

SUGGESTED COURSE EQUIVALENCIES (in quarter hours): Total: 16

4 - Ornithology       4 - Field Ornithology
4 - Botany            4 - Record Keeping in Natural History

Faculty signature(s)

| Steven G. Herman, Ph.D. | February 17, 1995 |
|---|---|
| Faculty Name | Date |

FEB 2? 1995

Page 1       ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505

**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 3070G | Mammalogy | | |
| Program or Contract No. | Title | | |

| 10/93 | 12/93 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Michael Layes was enrolled in the **Mammalogy Group Contract** during the fall quarter of the 1993-94 academic year.  His work in the **program was** excellent and he made splendid academic progress as a result.

Michael's study skins are well done and are welcome additions to the permanent collection of The Evergreen State College Museum of Natural History.  His 14 skins show significant improvement from the first skin to the last.  Several of Mike's skins are especially good; one of the best is a Townsend's Vole.  Mike's properly completed specimen catalog has been deposited in the Museum.  Mike also kept a Grinnell style journal detailing part of his field work.

Michael wrote an excellent species paper on the Black Bear.  The paper is well researched, well organized, and clearly written.  It is obvious that Mike benefitted significantly from the library research and other serious work that went into the paper.

Mike completed all of the examinations.  His scores on the midterm lecture/text and laboratory/museum examinations were 88% and 88%, respectively; his scores on the equivalent final exams were 75 and 86.  More importantly, Mike learned a great deal in the process of studying for and taking the exams.

Mike is a strong student, clearly enthusiastic and very able to learn.  He should be proud of his accomplishments in this program.

**SUGGESTED COURSE EQUIVALENCIES (in quarter hours):**  Total:  16

*8 - Mammalogy
*4 - Field Mammalogy
 4 - Vertebrate Museum Techniques

                * upper division science credits

Steven G. Herman
Faculty signature(s)

Steven G. Herman, Ph.D.                    February 1, 1994
Faculty Name                               Date   FEB   1994

                                    Page   1            ESCO3-002(5-87)

The Evergreen State College · Olympia, Washington 98505
**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES | MICHAEL | JASON | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 2019G | PLANTS IN HUMAN LIFE | | |
|---|---|---|---|
| Program or Contract No. | Title | | |

| | 6/93 | 7/93 | 8 |
|---|---|---|---|
| | Date began | Date ended | Qtr. Credit Hrs. |

<u>Description</u>:  Michael participated in the Summer, 1993, course, Plants in Human Life.  This course provided a general introduction to plant science and ethnobotany.  The learning objectives of the course were:

1.  To be able to recognize and name the vascular plant species most common to the southern Puget Sound area, and to be aware of the habitats in which they are found.

2.  To become acquainted with basic plant morphology and physiology.

3.  To recognize connections between the character of an indigenous culture and the flora upon which it depended, with particular reference to the Northwest Coast Indian Culture area.

4.  To become aware of the wide range of traditional and contemporary uses of wild plants in food and technology.

5.  To focus on one specific plant species and develop a model for learning about other plants in the future.

To achieve these objectives, Michael attended laboratories, workshops, lectures, and films.  He also participated in five local field trips.  Michael studied a short general botany text and read excerpts from the two Turner books, <u>Food Plants of British Columbia Indians</u> and <u>Plants in British Columbia Technology</u>, and used a wide variety of provided reference books.  In addition a Plant Journal was maintained which included a travel log, species accounts, class notes, and a plant diary.  One plant species was researched in depth and a project presented to the class.

<u>Evaluation</u>:  Through his interested participation in these activities, Michael has achieved the course objectives and is awarded full credit.

Michael has learned much of the basics of plant morphology and physiology through his consistent and committed work in the laboratory and in the field.  He had some background in taxonomy, and is capable of identifying plants in the field, including the use of standard names.

Michael chose Red Huckleberry (Vaccinium pervifolium) for his plant study.  He researched the plant and its traditional uses.  Michael experimented with several uses for his own project.  He painstakingly harvested a quantity of berries and

Faculty signature(s)

A.M. Wiedemann, Ph.D./M. Eloheimo, M.A.      July 28, 1993

Faculty Name                                  Date

ESC03-002(5-87)



The Evergreen State College - Olympia, Washington 98505

**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES | MICHAEL | JASON | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 2019G | PLANTS IN HUMAN LIFE | | |
| Program or Contract No. | Title | | |
| | 6/93 | 7/93 | |
| | Date began | Date ended | Qtr. Credit Hrs. |

dried some, made a pie and tie-dyed a shirt.  Michael completed his study with a clearer understanding of the characteristics and potentials of Red Huckleberry.

Michael's journal reflects his interest in the study of plants, and is evidence of his achievement and learning.  Specifically, he maintained all components of the journal in a satisfactory way, including the species accounts, which has numerous illustrations.

SUGGESTED COURSE EQUIVALENCIES (in quarter hours)  TOTAL:  8

4 - Introduction to Botanical Science (Lab Course)
4 - Introduction to Ethnobotany (Lab Course)

Faculty signature(s)

A.M. Wiedemann, Ph.D./M. Eloheimo, M.A.     July 28, 1993
Faculty Name                                                    Date

ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505

## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | | |
|---|---|---|---|---|
| Student's Last Name | First | Middle | ID Number | |

| Plants in Human Life | | June 93 | July 93 |
|---|---|---|---|
| Title | | Date began | Date ended |

The Plants in Human Life course has greatly enhanced my knowledge of plants. By completing all of the botany labs, I now know about the morphology and biological function of all the different plant parts. I also dissected several flowers, representing a range of different plant families. This has made identification of plants in the field much easier because I can now place an unknown plant into a family just by looking at its floral characteristics. I also learned about the local Native American cultures and their technological uses of plants, as well as food and medicinal uses. On the field trips I attended, I was able to see many of the plants discussed in class in their natural setting. I learned about the ecology, key physical characteristics, and many uses of the plants I saw on these trips. The project I completed on <u>Vaccinium parvifolium</u> gave me insights into the Native American uses of the plant. I learned about the methods of harvest, preservation, and medicinal uses. Overall, I feel my performance was excellent in this class and look forward to learning more about plants in the future.

Student's signature

2/15/93

Date

Faculty signature

Date

ESCO3-157(5-87)



The Evergreen State College - Olympia, Washington 98505
**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES, | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 2135C | PACIFIC COAST FORESTS |
|---|---|
| Program or Contract No. | Title |

| 4/93 | 6/93 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Pacific Coast Forests was designed to provide students with a basic understanding of the composition, distribution, historical development, and current environmental relationships of Pacific Coast forest communities and to increase and improve their skills in biological field work, observation, critical thinking, proposal development and implementation, writing, and oral presentation.

Michael Layes successfully completed a substantial body of work during this program. Mr. Layes is a quiet student and conscientious worker who participated readily in the group learning process. He regularly attended the lectures and lab sessions, and all three field trips. He worked hard and progressed steadily through the quarter.

Mr. Layes developed a very good understanding of the central ideas of the program and command of the information as evidenced by his performance on worksheets and other assignments and participation in class discussions. His portfolio was neat and well organized and reflected completion of the assigned work for the program. In lab, he completed more tree drawings than most of his classmates, although many were done after others had already turned in their work. The quality of his drawings was comparable to that of most of the class. His field journal was generally well done, although greater detail in some places would have been beneficial, particularly with respect to specific locations visited, physical habitat features, and ecological relationships.

Mr. Layes's individual project involved a study of wildflowers in areas around Olympia. He learned a great deal about their morphology and gained considerable experience in using keys to identify them. He shared a portion of this information with the class in an interesting oral presentation and prepared a well written paper summarizing his project and its results. He was unable to share his photographs with the class as they had not yet been returned from the processor.

<u>Suggested (Quarter-Hour) Credit Equivalencies (16 total/8*):</u>

Botany (floristics): 5
Plant ecology: 2*
Biogeography: 2*
Plant sociology: 3 (2*)
Physical and historical geology: 1
Biological illustration: 1
Individual research: 2*
     (* - upper division science credit)

_____ Steven Trudell _____
Faculty signature(s)
Steven A. Trudell                          June 24, 1993
Faculty Name                               Date

Page   1

ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505

## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

Pacific Coast Forests                    3/93          6/93
Title                                    Date began    Date ended

    This quarter I learned about many aspects of Pacific Coast Forests through extensive field studies in Washington and California. Assigned text and journal readings gave me the proper background information to conduct these field studies in a qualitative manner. The completion of a tree book consisting of biological illustrations of trees helped me learn many of the native Pacific Coast trees. I learned about the biological functions and structures of flowers through an individual research project.

    On the three field trips, I was exposed to a large diversity of different forest types. Using several field guides I identified all of the major tree and under story species of each forest. I looked at how the vegetation was distributed and made speculations of what conditions such as climate, elevation, and geography caused these patterns of distribution. I also observed forests in different stages of succession, from clear cut to climax. These observations were recorded in a field note book and later transcribed with much detail into a field journal.

    The articles I read for Pacific Coast Forests covered a range of topics concerning forests. I read several articles on the subject of classifying vegetational types or associations. These articles helped me to understand all the factors that play a role in the classification of plant associations and why many ecologists disagree on how to classify them. I also read articles on the use of a nomogram to gain climatic information for different forest types. I then plotted all of the forests in Oregon and Washington on a Nomogram. A comparison of these forests was then made using values of effective temperature, temperateness, and frost. Paleobotany was another subject covered by journal articles and text readings. I learned about the forests that used to occupy California, Oregon, and Washington and what factors such as glaciation and plate tectonics caused them to change to their present day structure and distribution.

    The individual project I completed consisted of keying out wild flowers in the Olympia area and learning about the biology of flowers in general. The field work was completed at two forested sites, a clear cut, and a meadow. All wild flowers were identified at these sites. I learned in detail the structures of flowers and the biological processes of gamete formation, fertilization, and zygote development.

    I feel I've learned more in Pacific Coast Forests than in any other class I have taken so far. This class has given me a solid back ground to continue further studies in Natural Science.

Student's signature  *Mike Layes*

Date  6/11/93

Faculty signature  *Steve Trudell*

Date  11 JUNE 93

ESCO3-157(5-87)



The Evergreen State College - Olympia, Washington 98505
## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 2049G | Explorations in Ecology |
|---|---|
| Program or Contract No. | Title |

| 01/93 | 03/93 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Michael has successfully completed studies in Explorations in Ecology. He participated regularly in the meetings and completed all assignments.

Michael's accomplished work on the ecology text generally well. His written responses to questions and other topics he addressed constituted effective reviews of the chapters. I was especially impressed by his responses to questions about energy flow and material cycles of terrestrial, freshwater, and marine ecosystems; he synthesized specific concepts from the text clearly and perceptively. His written work showed that Michael, overall, gained a very good comprehension of ecological science from these studies.

For the seminar on ecological articles, Michael's two talks, respectively, were about field studies of the feasibility of extractive reserves in Amazonian flooded forest, and analysis of bald eagle nesting sites in Barkley Sound, B.C. He handled the talks and ensuing discussions reasonably well, showing good knowledge of the articles, although the prepared remarks seemed overly brief and limited in representing them. He was generally quiet in the discussions of other articles, and in the other seminars about the books and films.

Michael participated productively in the field studies. His field journal covered the field trips and the forest-site survey effectively. He collaborated with four partners to accomplish the forest-site survey. They focused their observations on the mosses and ferns, as they related to the trees, stumps, and decomposing logs of the site. Their coauthored report presented their methods, results, and discussion effectively in text, figures and tables. They applied ecological concepts about "conditions" and "resources" from our text in discussing the observed distributions of organisms. Michael's field journal and his part of the oral presentation showed excellent close observation and description of ferns, mosses, lichens, and fungi occupying surfaces of stumps and downed logs on the study site.

Overall, Michael has achieved a strong general knowledge and understanding of ecology from his studies this quarter.

Suggested Course Equivalencies (in quarter hours) - Total: 16

```
*10 - General Ecology
* 3  - Seminar on Ecology
* 3  - Ecological Field Studies    (* - advanced natural science)
```

Faculty signature(s)

Peter B. Taylor, Ph.D.                    April 22, 1993
Faculty Name                             Date

ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505
## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| Explorations in Ecology | Jan 93 | March 93 |
|---|---|---|
| Title | Date began | Date ended |

I feel my performance winter quarter was excellent. I completed all the readings and assigned work. Most of what I learned was through reading the text. However the field work I did was a very important part of my learning experience. The four books I read for seminar aided in my understanding of the ecological concepts covered in the text.

The Explorations in Ecology course has given me an in depth overview of ecological concepts and theories. I learned how different environmental conditions and resources affect individual species and shape ecosystems. Also, I learned about interactions within and between species such as competition, predation, mutualism, and parasitism and how these affect population dynamics and community structure. Furthermore, I gained a solid understanding of island biogeography and Darwin's theory of evolution. I acquired knowledge of how energy and different types of matter flow through ecosystems. One area of study I found interesting was the order of succession of different species in a particular environment after that environment had been disturbed, for example, by a glacier or fire.

By completing a group field project in the TESC forest, I was able to observe in nature ecological concepts covered in the text and additional readings. The field study consisted of identifying the trees, shrubs, mosses, and lichens on the site. Then patterns were looked for in the distribution and abundance of these species. Speculations were then made to decide which conditions, resources, and species interactions caused these patterns. I learned many useful skills doing the field studies such as field note taking, journal writing, and the use of keys and field guides. Also, I learned how to use a Brunton transit compass to mark out a field study site.

| Student's signature | Faculty signature |
|---|---|
| Date    April 9, 1993 | Date |

ESCO3-157(5-87)

The Evergreen State College - Olympia, Washington 98505
## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | Michael | Jason | |
|-------|---------|-------|--|
| Student's Last Name | First | Middle | ID Number |

| 2080P | Introduction to Environmental Studies |
|-------|----------------------------------------|
| Program or Contract No. | Title |

| 10/92 | 12/92 | 16 |
|-------|-------|-----|
| Date began | Date ended | Qtr. Credit Hrs. |

Michael is a very able student whose interest in the environment focusses more on technical problems and their solutions. In this sense he has a very definite scientific bent, that is, a "nose" for problems whose solutions appear to have primarily technical solutions. This program was designed to undertake an exploration of the earth's natural environments in general, and its alteration under the impact of human activities in particular. It was built around an environmental science "core" with the aim of addressing a variety of environmental concerns in a social and political context rather than focussing narrowly on the more obvious crisis problems such as pollution, accelerating population growth, and ozone depletion. Sketched in its broad sweep were such topics as urbanization and the environment, the industrialization of agriculture, the intellectual background of the environmental movement, and Third World poverty and underdevelopment. Although the general social and political bias of the program did not engage Michael's primary interest, he did well, and our use of the text, Environmental Science, was especially to his liking. He was very thorough in its study, and was one of the two in his seminar to score 100 percent on the final text quiz.

Emphasis this quarter was on breadth rather than depth of coverage so that students could not only better comprehend the field's complexity, but would be better prepared to select for themselves a particular area of study for individual research to be pursued in-depth during the winter quarter. As might be expected from the above comments concerning Michael's primary interests, he chose to pursue a research project on sustainable alternative energy resources. To this end he prepared a research outline based on the prospects for developing solar, wind, hydro, and geothermal power. He writes well, and the prospect for successfully developing this project are promising. However, he has found a more ideal program for pursuing his clear interests in this direction. His enrollment in "Explorations in Ecology" is therefore quite appropriate. Despite his limited direct interest in the social aspects of environmental studies, what he has learned by his participation in Introduction to Environmental Studies will serve him well in turning his researches to broadly humane environmental purposes.


SUGGESTED COURSE EQUIVALENCIES (in quarter hours) TOTAL: 16

4 - Introduction to Environmental Studies
6 - Environmental Science
4 - Environmental Philosophy
2 - Special Research Project: Sustainable Energy Systems

_Faculty signature(s)_                    1/4/93

William H. Brown, Jr.                    December 17, 1992
Faculty Name                             Date

ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505

**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| Student's Last Name | First | Middle | ID Number |
|---|---|---|---|
| LAYES | Michael | Jason | |

| Program or Contract No. | Title |
|---|---|
| 1174M | GENERAL BIOLOGY: EXPLORING LIFE |

| Date began | Date ended | Qtr. Credit Hrs. |
|---|---|---|
| 07/92 | 08/92 | 4 |

**DESCRIPTION**: This course is an introductory level general biology course. It included examination of the scientific method, a review of basic chemistry, structure and function of cells and their organelles, an overview of photosynthesis and respiration, mitosis and meiosis, basic human reproduction and development, DNA/RNA characteristics and replication, protein synthesis, genetics, major physiological systems (nervous, endocrine, musculoskeletal, cardiovascular, respiratory, digestive, excretory, and immune), evolution, ecology, populations, and selected environmental issues.

The laboratory component of this course included application of the scientific method, familiarization with dissecting and compound microscopes, staining, preparation of wet mount slides, structure and function, movement through membranes, mitosis in root tips, and a human genetics exercise.

**EVALUATION**: Michael worked hard in this course. He attended nearly all class meetings and turned in his assignments on time. In class, he paid attention to lecture and asked questions when he felt it necessary. He also contacted me outside of class when he felt he needed additional assistance.

His current issues paper was well written and thought out. It was obvious that he gave this paper considerable attention. His performance on the midterm was excellent. His final exam, while good, was somewhat lacking in detail. While the information he provided was accurate, it could have used more depth.

His laboratory notebook was complete and the level of detail was excellent. He accomplished all the assigned material with the exception of the genetics problems. While the content of his report was acceptable, it did not follow the proper format. Our course did not place a major emphasis on this report, however more experience in this area would be valuable should he plan to continue on in science. In addition to the required exercises, Michael and his lab partner also did an optional dissection of a rat.

Overall, I am quite pleased with Michael's performance in this class and his overall attitude. He has gained a strong foundation in biological sciences.

**COURSE EQUIVALENCIES (in quarter hours)**:

4 - General Biology

Susan Landesman

Faculty signature(s)

Susan Landesman

Faculty Name

October 9, 1992

Date

ESC03-002(5-87)

The Evergreen State College - Olympia, Washington 98505

## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| General Biology | Aug 92 | Sep 92 |
|---|---|---|
| Title | Date began | Date ended |

In the summer quarter of 1992 I was enrolled in the General Biology course taught by Susan Landesman. There are two reasons I took this class. I enjoy learning about life and its many complexities and this course is a prerequisite for the class Introduction to Environmental Science which I am currently enrolled. I feel this class has given me a solid understanding of general biology and will help me when I take more advanced science courses.

The text Life by Ricki Lewis was most informative. The chapters I learned most from were Biological Energy: Photosynthesis and Cellular Respiration and DNA/RNA/Protein Synthesis. I found the way plants take solar energy and transform it into chemical energy fascinating. Also, it was interesting the way DNA is a code to make proteins out of amino acids. Other topics I learned about include cell structure and division, genetics, all the systems covered in animal biology, evolution, and ecology. Some chapters were skipped because of time restraints. However, I plan to read them on my own time before Fall quarter begins.

The lectures which I attended were very beneficial. They gave me a chance to ask questions as well as an opportunity to hear other students' input. The lectures usually clarified the information in the text.

The labs in which I participated gave me hands on experience with the concepts covered in the text. Through the various labs I learned the scientific method, proper use of a compound microscope, and viewed the several types of diffusion. I also completed an optional dissection of a rat.

Overall, I feel my performance in this course was excellent. I am looking foreword to learning more about life, especially the interrelationships of different species and how humans relate with them.

| _Michael Layes_ | _Susan Landesman_ |
|---|---|
| Student's signature   9/1/92 | Faculty signature   9/30/92 |
| Date | Date |

Page 1                    ESCO3-157(5-87)



The Evergreen State College - Olympia, Washington 98505

**FACULTY EVALUATION OF STUDENT ACHIEVEMENT**

| LAYES | MICHAEL | JASON | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| 1020P | BORDER STUDIES | | |
|---|---|---|---|
| Program or Contract No. | Title | | |

| | 1/92 | 6/92 | 28 |
|---|---|---|---|
| | Date began | Date ended | Qtr. Credit Hrs. |

Michael Layes has completed all requirements in the Border Studies program during the Winter and Spring quarters, 1992 for award of twenty-eight (28) quarter hours in academic credit. He regularly attended all dimensions of the program schedule, including seminar; workshops; lectures and films; and individual conferences. Mike was punctual in completing all writing and research assignments. He consistently demonstrated an earnest, sensible attitude toward meeting his academic commitments in this program.

Over the course of the year, Mike's participation level in seminar did measurably improve and he did gradually upgrade the quality of his performance in this vital area of public speaking. He does need to more frequently practice his seminar skills to maintain the momentum of his improvement in this area. Overall, Mike's strongest academic performance was in the essay-writing and the research project. All of his writing was quite serious in tone and topic selection; the early writing needed attention in style and grammatical usage but over the course of the year, thanks to his diligent attention to improving writing skills, there was significant improvement in organization, sentence structure, spelling and clarity of meaning. Mike's essay topics included assimilation versus acculturation; foreign policy in Central America; and Christianity as a cultural influence in western civilization.

In connection with his research project, which dealt broadly with environmental issues and specifically tropical deforestation, Mike prepared a Thesis Statement; a Revised Thesis Statement; Tentative Bibliography; and Comprehensive Overview. These initial phases in the project constituted approximately nine (9) pages, neatly typed. The rough draft of the project was approximately nineteen (19) pages in length; the final draft, polished and revised to incorporate critical suggestions, came to approximately nineteen pages. The bibliography include approximately eighteen (18) entries, primarily monographic sources but including some periodical sources. Mike delivered to the program a fifteen-minute oral presentation of research which was a considerable accomplishment for him in the area of public speaking. All of his writing and research testifies to a considerable amount of independent initiative and perseverance in acquiring writing and research skills through a lengthy project.

Following is the evaluation of Mike's research project by the other teacher in the program, Susan Fiksdal, Member of the Faculty (Linguistics):

> For his research project, Michael examined deforestation in Brazil using it as a case study for explaining global problems resulting from short term

| Gilbert G. Salcedo | June 16, 1992 |
|---|---|
| Faculty signature(s) | |
| Faculty Name | Date |

ESCO3-002(5-87)



The Evergreen State College - Olympia, Washington 98505
## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | MICHAEL | JASON | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 1020P | BORDER STUDIES | | |
| Program or Contract No. | Title | | |

| | 1/92 | 6/92 | |
|---|---|---|---|
| | Date began | Date ended | Qtr. Credit Hrs. |

economic policies. His final draft was a dramatic improvement over the first, with a clear thesis, strong organization, and better transitions between ideas. Michael drew on a large number of sources and provided evidence which substantiated his argument. His excellent discussion of the ways in which some native cultures are dying served to strengthen his argument and demonstrate a loss of human knowledge as well as resources. Michael met the deadlines of the research schedule and adhered to the required format style.

Michael attended the research seminars regularly, and came prepared to discuss his developing ideas on deforestation. His comments and suggestions to his fellow students were informed and helpful. In addition, he worked collaboratively with another student to discuss sources and environmental issues.

Although Michael has a quiet voice, his presentation held everyone's interest. He explained his ideas in a clear, well-organized manner giving enough detail so that the threats of deforestation were obvious to everyone. His fielding of questions at the end of this talk showed a strong grasp of a great deal of information.

Mike's Map Quiz score was seventy-five (75) points out of a possible (80). This was a very good overall score and documents the effort Mike devoted to acquiring skill in the political geography of Canada and Mexico.

Following is the evaluation of Mike's work in the Intermediate Algebra course taught by Rafael Marino, the campus Mathematics Coordinator:

Description: This is a program offered to students who need to review concepts of algebra, but do not feel are ready for the similar but more advanced program "Self-Paced Pre-Calculus," or think that they might not need in the future any mathematics more advanced than the one offered in this program. Each student designs, at the beginning of the quarter, his/her own program in an individualized way according to his/her needs, interests, and time that he/she has available. The students then work in teams or by themselves and at their own pace, either at the Learning Resource Center (LRC) (preferably) or any other place they choose, and under the supervision and support of the coordinator of the program. Math tutors are available to help students individually. A student takes a test when the student thinks that he or she is ready. The student must pass this test with a level of

Faculty signature(s)
Gilbert G. Salcedo                                    June 16, 1992
Faculty Name                                          Date

ESCO3-002(5-87)

**The Evergreen State College - Olympia, Washington 98505**

## FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | MICHAEL | JASON | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 1020P | BORDER STUDIES | | |
| Program or Contract No. | Title | | |

| | 1/92 | 6/92 | |
|---|---|---|---|
| | Date began | Date ended | Qtr. Credit Hrs. |

correct answers that will show mastering of the chapter, but the student can take this test as many times as he or she wishes. The student only receives credit for the material that he or she has actually mastered.

<u>Evaluation</u>:  Michael successfully completed all the requirements to earn credit in the Self-Paced Intermediate Algebra Course during the Fall Quarter, 1991. Michael's program included the following topics:  Algebra and Real Numbers; Equations and Inequalities; Graphs;  Systems of Equations and Inequalities; and Polynomials (Chapters 1, 2, 3, 4, and 5 of Keedy and Bittinger, <u>*Intermediate Algebra*</u> ).

Michael's work product was outstanding, and he demonstrated a high degree of motivation and self-discipline, which enabled him to be successful in this self-paced Intermediate Algebra program. Michael is well-poised to take on more advanced topics in mathematics.

SUGGESTED EQUIVALENCIES (in quarter hours):  28

8 - Border Studies:  US/Mexico and Canada/Quebec
4 - Introduction to Language Use Study
4 - Expository Writing
8 - Independent Research Topic:  Tropical Deforestation
4 - Intermediate Algebra

| Faculty signature(s) | | |
|---|---|---|
| Gilbert G. Salcedo | June 16, 1992 | |
| Faculty Name | Date | |

ESCO3-002(5-87)



The Evergreen State College · Olympia, Washington 98505

**THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT**

| Layes | Michael | J | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| Border Studies | January 92 | June 92 |
|---|---|---|
| Title | Date began | Date ended |

During the winter and spring quarter of 1991-92, I was enrolled in the Border Studies program. Through essays, seminars, lectures, and assigned readings I have learned many aspects of borders and the cultures that live within the vicinity of them. Furthermore, my writing skills have greatly improved from composing four essays and a research paper. My public speaking skills have also developed as a result of discussing topics in seminar and giving a presentation to the class.

The essays I completed for this class helped me to improve upon my writing ability. In a workshop given by Susan Fiksdal, I learned a method to better organize my thoughts and form a strong thesis statement. The essay I composed about U.S.-Mexican foreign policy, showing how different and often opposed they are, was a big step in improving my writing ability. I used the text <u>Limits to Friendship</u> by Pastor and Castaneda for a reference. In writing this essay, I realized the importance of the writer-reader relationship and how significant it is to include hard facts to back up my ideas.

The several books I read for this class gave me insights into many interesting subjects related to borders. For example, <u>Beyond Geography</u> by Turner described many of the factors that have gone into the making of the Western mind. The transition from mythic to Christian based culture and its effects on the Western environment was very enlightening to me. Turner describes the history of the West without bias, unlike my patriotic high school U.S. history text. Another book which I found informative was <u>Borderlands</u> by Anzaldua. I learned about the many hardships and challenges of someone caught between two cultures. This text made me aware of the role racism plays on the U.S.-Mexican border and how language can become a border between people.

In seminar I was able to discuss my ideas regarding the books I read with the class. I have begun to feel more at ease speaking to a group because of seminar. Also, I now realize how important it is to think critically about the material and formulate ideas and questions before seminar. The seminar on <u>Borderlands</u> was especially productive for me. This book involved many aspects of the U.S.-Mexican border and the author's relationship with Mexican, American, Mestiza, and Chicano cultures. By exchanging thoughts about the text, my seminar was able to discover many negative aspects of the border, such as racism, discrimination, and language barriers.

_Michael Layes_
Student's signature

_9/1/92_
Date

Faculty signature

Date

Page 1

ESCO3-157(5-87)



The Evergreen State College · Olympia, Washington 98505

## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | | |
|---|---|---|---|---|
| Student's Last Name | First | Middle | ID Number | |

| Border Studies | | January 92 | June 92 |
|---|---|---|---|
| Title | | Date began | Date ended |

The lectures and workshops I attended helped me understand the many themes of the Border Studies program. The lecture by Brian Price regarding the paradigm shift that society is currently undergoing was quite informative. Mr. Price discussed how societies values are beginning to change from economic to environmental. He then made predictions of what is to come in the future. The workshop called "Border Summit 2000" helped me understand the difficulties of foreign relations and policy. The class was divided into three groups, each representing one country: Mexico, Canada, or the U.S. My group represented Mexico and I played the part of embassador. The main topic of negotiation was the free trade agreement. Both Canada and Mexico agreed that free trade was unfair. Working together, we composed a bill called the "fair" trade agreement which gave more sovereignty to Canada and Mexico. However, the U.S. wanted a North American commonwealth. Therefore, after intense negotiations the bill was not passed because of technicalities brought up by the U.S. ambassadors. I have found that in real life situations, bills often do not pass because of such difficulties.

The research paper on deforestation of the tropics I wrote taught me many important skills. I choose this topic because my interests lie in the environmental science field. I feel now that I am quite knowledgeable on the subject of deforestation. I learned the importance of biodiversity and the many economic factors that cause deforestation in developing countries. I learned many research skills while composing this paper, as well as the many reference mediums available in the TESC library. Also, I have mastered the APA format for citing references. Composing this paper helped improve my writing skills. My organization skills have been enhanced and I have become aware of the importance of using transitions to help the reader follow along. Also, I have learned to set up a work schedule for a large project such as a research paper. Furthermore, I have discovered the significance of making the connection between the thesis and conclusion of a paper.

The oral presentation I gave to the class was a big step for me. This was the first time I gave a presentation of this type. I discussed my research project for twenty minutes and answered questions at the end. By doing this, I now feel more confident when speaking to a large group of people. I don't feel that my presentation was very good. However, now that I know what to expect I'll do better next time.

| | |
|---|---|
| Student's signature | Faculty signature |
| | |
| Date | Date |

ESCO3-157(5-87)



The Evergreen State College · Olympia, Washington 98505

## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |

| Border Studies | January 92 | June 92 |
|---|---|---|
| Title | Date began | Date ended |

Overall, the Border Studies program has made me aware of the differences in cultures and language and the importance of each. I have knew insights into the relationship between the U.S. and other countries, particularly Canada and Mexico. I am looking foreword to studying environmental science next Fall and hope I can use what I have learned in this program to gain new insights into the subject.

### Algebra Self-Evaluation

I completed a 4 credit self-paced Intermediate Algebra course during the winter quarter of 1991-92. I fulfilled all the required assignments and now have a strong base of math skills to build upon. My test scores were: chapter 1, 94%; chapter 2, 87%; chapter 3, 100%; chapter 4, 80%; and chapter 5, 100%. I plan to take Pre-calculus or Business Math in the near future.

Student's signature _____

Date _____

Faculty signature _____

Date _September 6, 1992_

ESCO3-157(5-87)



The Evergreen State College - Olympia, Washington 98505

## THE STUDENT'S OWN EVALUATION OF PERSONAL ACHIEVEMENT

| Layes | Michael | J | | |
|---|---|---|---|---|
| Student's Last Name | First | Middle | ID Number | |

| Truth To Tell | | 9/23/91 | 12/14/91 |
|---|---|---|---|
| Title | | Date began | Date ended |

In the fall of 1991 I completed the class "Truth To Tell." I learned about oral and literate cultures. African, Yiddish, and the Western United States are the main cultures I studied through books, movies and seminars. I learned about the story in its many forms and how it effects us in our everyday lives. Also, I studied cognitive psychology and how it relates to the oral and literate cultures.

I feel that my communication skills have improved from the experience of writing essays, discussing books and movies in seminar, and making a movie for my final project in this class. By creating a movie with the help of some fellow students I learned the many different aspects that go into making a movie, from writing a script to the final editing process. I discovered that this is a very powerful medium to use to tell a story and relate ideas to other people.

This class has helped me to become a more well-rounded person by studying other cultures than my own. Fred Dube, a native of South Africa, and one of my instructors, has given me insight into the plight of the black man in a segregated minority-ruled country. Also, I learned about African tribal customs and music by attending many interesting performances given by musicians and story tellers from Africa.

Most of what I learned in this class took place in the seminars. By discussing topics in a group, I often found myself discovering new ideas about a topic through the participation of my fellow students. I learned things more in depth than if I had just been given a lecture on the material.

Although my interests lie in the study of environmental science and computer science, this class has taught me that it is important to learn a broad base of material to build upon. In everyday life there are always new and surprising challenges that one must deal with. I feel that the more topics I study the better I will be able to meet these challenges.

Student's signature

Date 12/10/91

Faculty signature

Date

Page 1

ESCO3-157(5-87)



The Evergreen State College - Olympia, Washington 98505

# FACULTY EVALUATION OF STUDENT ACHIEVEMENT

| LAYES | Michael | Jason | |
|---|---|---|---|
| Student's Last Name | First | Middle | ID Number |
| 1143P | Truth to Tell | | |
| Program or Contract No. | Title | | |

| 10/91 | 12/91 | 16 |
|---|---|---|
| Date began | Date ended | Qtr. Credit Hrs. |

Michael's (Mike) attendance to program events in "Truth to Tell" was steady and his attention in lectures and presentations careful. As a result, he achieved a solid understanding of the material presented.

Mainly a listener in seminar, his interest in our discussions was nonetheless evident. The comments he did offer were always well-considered and germane to texts or issues under discussion. As his confidence speaking increases, he will become a valued member of seminars in the future. He worked steadily to improve his writing skills, completing a number of personal essays, producing a research paper, and practicing thinking critically about other peoples' writing in the all-day sessions at the Farmhouse. An essay about his father's childhood, which he rewrote, was much improved from his determined efforts; and the research paper he submitted on censorship was much more fully articulated than his beginning pieces which were little more than sketches or outlines.

Mike collaborated with five other people to make a short film for his final story project. In this work his capability for serious, sustained academic work proved itself. He learned to use a video recorder for the first time, and participated successfully as a member of a team grappling with the attendant stresses and organizational problems of deadlines, schedules, equipment shortages and mechanical failures. The story line he helped to develop for the film shows a good sense for storytelling as an art and reflects his understanding of many of the concepts we studied about orality. And of course the presentation of it in film was the theory of secondary orality put to practice.

In sum, Mike shows real promise as a student. It has been a pleasure to work with him as he began to realize his potential this quarter.

Suggested Course Equivalencies (in quarter hours) TOTAL:  16
4 - Studies in Oral and Written Literature
4 - Psychology of Memory
4 - Personal Essay Writing
2 - Anthropology:  African Narrative
2 - Library Research

Faculty signature(s)

Ernestine Kimbro                    January 27, 1992
Faculty Name                        Date

ESCO3-002(5-87)

# EVERGREEN

The Evergreen State College ● Olympia, WA 98505 ● www.evergreen.edu

## EVERGREEN TRANSCRIPT GUIDE

**Accreditation:** The Evergreen State College is fully accredited by the Northwest Commission on Colleges and Universities.

**Degrees Awarded:** The Evergreen State College awards the following degrees: Bachelor of Arts, Bachelor of Science, Master of Environmental Studies, Master of Public Administration and Master In Teaching. Degree awards are listed on the Record of Academic Achievement.

**Educational Philosophy:**
Our curriculum places high value on these modes of learning and teaching objectives:
- Interdisciplinary Learning
- Collaborative Learning
- Learning Across Significant Differences
- Personal Engagement
- Linking Theory with Practical Applications

Our expectations of Evergreen Graduates are that during their time at Evergreen they will:
- Articulate and assume responsibility for their own work
- Participate collaboratively and responsibly in our diverse society
- Communicate creatively and effectively
- Demonstrate integrative, independent, critical thinking
- Apply qualitative, quantitative and creative modes of inquiry appropriately to practical and theoretical problems across disciplines, and,
- As a culmination of their education, demonstrate depth, breadth and synthesis of learning and the ability to reflect on the personal and social significance of that learning.

Our students have the opportunity to participate in frequent, mutual evaluation of academic programs, faculty and students. In collaboration with faculty and advisors, students develop individual academic concentrations.

**Academic Program**
Modes of Learning: Evergreen's curriculum is primarily team-taught and interdisciplinary. Students may choose from among several modes of study:
- **Programs:** Faculty members from different disciplines work together with students on a unifying question or theme. Programs may be up to three quarters long.
- **Individual Learning Contract:** Working closely with a faculty member, a student may design a one-quarter-long, full-time or part-time research or creative project. The contract document outlines both the activities of the contract and the criteria for evaluation. Most students are at upper division standing.
- **Internship Learning Contract:** Internships provide opportunities for students to link theory and practice in areas related to their interests. These full- or part-time opportunities involve close supervision by a field supervisor and a faculty sponsor.
- **Courses:** Courses are 2-6 credit offerings centered on a specific theme or discipline.

The numerical and alpha characters listed as Course Reference Numbers designate modes of learning and are in a random order.

**Evaluation and Credit Award:**
Our transcript consists of narrative evaluations. Narrative evaluations tell a rich and detailed story of the multiple facets involved in a student's academic work. A close reading of the narratives and attention to the course equivalencies will provide extensive information about student's abilities and experiences. Students are not awarded credit for work considered not passing. Evergreen will not translate our narrative transcript into letter or numeric grades.

**Transcript Structure and Contents:** The Record of Academic Achievement summarizes credit awarded, expressed in quarter credit hours. Transcript materials are presented in inverse chronological order so that the most recent evaluation(s) appears first.
Credit is recorded by:

| | |
|---|---|
| **Quarter Credit Hours:** | Fall 1979 to present |
| **Evergreen Units:** | 1 Evergreen Unit (1971 through Summer 1973) equals 5 quarter credit hours |
| | 1 Evergreen Unit (Fall 1973 through Summer 1979) equals 4 quarter credit hours |

**Each academic entry in the transcript is accompanied by (unless noted otherwise):**
- The Program Description, Individual Contract or Internship Contract which explains learning objectives, activities and content of the program, course or contract.
- The Faculty Evaluation of Student Achievement provides information on specific work the student completed and about how well the student performed in the program or contract.
- The Student's Own Evaluation of Personal Achievement is a reflective document written by the student evaluating his or her learning experiences. Students are encouraged but not required to include these documents in their official transcript, unless specified by faculty.
- The Student's Summative Self Evaluation is an optional evaluation summarizing a student's education and may be included as a separate document or as a part of the student's final self- evaluation.

Transfer credit for Evergreen programs, courses and individual study should be awarded based upon a careful review of the transcript document including the course equivalencies which are designed to make it easier for others to clearly interpret our interdisciplinary curriculum. These course equivalencies can be found at the conclusion of each of the Faculty Evaluation of Student Achievement.

The college academic calendar consists of four-eleven week quarters. Refer to the college website (www.evergreen.edu) for specific dates.

This record is authentic and official when the Record of Academic Achievement page is marked and dated with the school seal.
All information contained herein is confidential and its release is governed by the Family Educational Rights and Privacy Act of 1974 as amended.
If, after a thorough review of this transcript, you still have questions, please contact Registration and Records: (360) 867-6180.

Attachment C










0238556

023849












Attachment D



100 Eastside St NE
Olympia, WA 98506
360.753.8348

# Olympia Fire Department
## Fire Investigation Bureau

### Fire Investigation Report

**Olympia Fire Department Incident Number:**
**2018-0002596**

**Olympia Police Department Incident Number:**
**2018-1584**

**Address:**
**2225 Cain Road SE Olympia**

**Synopsis:**
**Olympia Fire Department responded to a church fire at 8:22 this morning. Smoke was seen coming from the eves of the church and reported by passers- by. Fire apparatus arrived at 8:27 and entered the structure on an offensive attack. Crews discovered fire inside the North wall of the sanctuary and quickly extinguished it.**

**Narrative:**
**I was at Station O1 when the fire was called in before 8:30 in the morning. I received a call from Captain Bossard to respond to the fire since it was an arson fire. I arrived at the scene at approximately 9:00 AM and Assistant Chief Mike Buchanan briefed me on the fire and conditions. I met up with Inspector/Investigator Pete Bergford and gave him the camera to document the scene. I then gathered information on any onlookers, paying attention to the shoes they were wearing since the arsonist left footprints on the sidewalk where he set the fire.**

**I viewed the security video, helped trace the entrance and exit paths of the suspect, and assisted Detective Rebecca Fayette with gathering the evidence. There was no dig-out to do since the fire damage was minimal and the engine companies had overhauled the scene.**

**Date / Time of Fire:**
**March 19, 2018 at 8:22 AM**

**Date / Time Investigation Initiated:**
**March 19, 2018 at approximately 9:00 AM**

**Date / Time Investigation Complete:**
**March 21, 2018 0700. (This investigation is subject to updates)**

**Olympia Fire Department Investigators:**
**Lt./Investigator (Lead) Brian Schenk and Inspector/Investigator Peter Bergford**

March 22, 2018

**Olympia Police Department Investigators:**
**Detective Rebecca Fayette and Detective Al Weinnig**

**Bureau of Alcohol, Tobacco, and Firearms Investigators:**
**ATF Special Agent David Kline 206.204.7687, cell 206.730.6664 and ATF Special Agent Andriy Vavilin 206.588.9132**

**Building Owner / Occupant:**
**Jehovah's Witness**

**Interested Parties at Scene:**
**Craig Galivan▮▮▮▮▮▮▮▮▮▮  Reporting Party**

**David Bronson▮▮▮▮▮▮▮▮▮▮▮  Church Elder**

**Richard Elliott▮▮▮▮▮▮▮▮▮▮  Church Elder**

**Velma Walters▮▮▮▮▮▮▮▮▮▮  Church member and neighbor south on Cain Rd.**

**Jeremiah Rhodes▮▮▮▮▮▮▮▮▮  Church member**

**James Harger (▮▮▮▮▮▮▮▮▮▮  Church member (wearing tennis shoes that didn't match suspect tread) but similar in height**

**Ethan Rhodes▮▮▮▮▮▮▮▮▮▮  Church member**

**Mike Rhodes▮▮▮▮▮▮▮▮▮▮**

**Witness Statements:**
**None of the interested parties stated they had a clue on who could have started this fire. James Harger was similar in height but a slighter build than suspect. Suspect could have been wearing heavy clothing.**

**Suppression Statements:**
**See FF Observation Reports**

**Building Construction:**
**Built in 2012, ordinary construction, cement lap siding, 3928 square feet, single story, no fire alarm**

**Utilities:**
**Electric only**

**Safety:**
**Lt. Ryan Fox, Lacey Fire District 3**

**Scene Processing:**
**Investigator Peter Bergford and Detective Rebecca Fayette documented the scene with photos, I gathered interested parties contact information, and Rebecca and I gathered evidence for ATF.**

2

March 22, 2018

Detective Al Weinig and Detective Rebecca Fayette also worked on securing the video evidence and examining the scene.

Fire Progression:
The fire was ignited by the suspect after he poured what appeared to be two gallons of gasoline on the north side of the church behind the fence as seen on a security video located near the eve at the north west corner of the church. After he poured the two, one gallon containers on the side of the church, he knelt and lit the gasoline with what appears to be a lighter. The resulting fire ball engulfed him as he ran out of it to the west. The fire mostly died out within two minutes on the exterior but enough of the fire did penetrate behind the cement siding and ignite the oriented strand board (osb) underneath. This burned slowly until approximately four hours later when smoke was observed coming from the north eves and reported by a passerby.

The fire burned through the osb near floor level and traveled up alongside a wood stud. It entered the attic and began to burn a truss when Olympia firefighters extinguished it. The char was contained to the insides of two adjacent wood studs and the corresponding osb.

Conclusion:
Because this was an arson fire, and that there was another arson fire at a Kingdom Hall in Tumwater at approximately the same time, ATF Agents David Kline and Andriy Vavilin assisted Olympia Fire along with Olympia Police.

Fatalities / Injuries:
Suspect appeared to receive a flash burn from when he ignited the gasoline. OPD checked with nearby hospitals and no one had come in with burns.

Estimated Dollar Loss:
$50,000

Miscellaneous:
On March 20 while working on the construction of our new home, I observed a water jug that had been left there by on of the sub-constractor's workers. I noticed the cap was very similar to the one left at the fire scene. The cap came from a one gallon "Earth 2 O" water jug.

Insurance:
Self- Insured. National headquarters is in New York

Weather Conditions:
Dry, no wind, partly cloudy, temperature in the 40's.

Disposition:
Release of Scene document signed by David Bronson at 1:25 PM, 3/19/18.

Signed:

LT. B.T. Schuh

3

003386

Attachment E

October 12, 2024

To the Honorable Judge,

My son, Mikey D. Starrett, is above all else, a very kind, loving, and good person. Despite his current circumstances, no one knows him better than me, his mom. I have never seen him hit, harm, or hurt another person.  He does not have a mean bone in his body.

I will do my best to describe son, Mikey Starrett's childhood and early years.  Mikey was born at the Stanford University Hospital, and was a very healthy baby.  He suffered no illnesses other than the normal childhood things like chicken pox, etc.  He was a very robust baby and was eager to learn all about the world. That does not mean he didn't keep me on my toes, as his curiosity sometimes got him scrapes and bumps, and I had to keep my eyes on him as he liked to explore.  Early on, it became obvious that he was quite intelligent, as he wanted to learn about everything, especially regarding our natural world.  When he was old enough, I would carry him around the back yard and teach him all about the plants, flowers, and trees.  I loved to teach him colors and the names of things and he loved to learn.  Throughout his childhood, he would constantly plead with me to read to him every story book that he could get his hands on.  These are some of my fondest memories.

Unfortunately, his father, Gene Layes, and I were drifting apart.  He was always involved with doing his own thing, and not participating in our marriage or Mikey. We decided to separate and see if we could regroup. We went to marriage counseling, but that was futile.  When Mikey was about three, I moved to Mountain View with Mikey.  I know my boy really missed his dad, but it just didn't work.  Although Gene and I remained on good terms, he did not provide Mikey with even a minimal amount of paternal attention.  I am sure Mikey felt on some level, abandoned and I am certain that my son was traumatized.  This was a particularly difficult time due to both my mother and father passing away during this same time frame.  Consequently, Mikey had lost everyone in his life other than me before he could fully comprehend their sudden absences.

Mikey was very good at entertaining himself in his bedroom, and he loved to play with Legos.  He received Lego's from family and friends on his birthday and Christmas, so he had quite a collection.  He would build masterpieces in his room for hours with no direction or instruction. It always amazed me.  When my friends would come over to visit he would always invite them to come and view his latest creations. Then, when he wanted to do a new design, he would take his masterpiece up to his loft bed, and let it crash to the floor. "How could do that?" I'd exclaim. He would say, "It's easy". He was confident he could always do another one.

Once Mikey got older, I began to see the missing pieces.  I got him into Little League, thinking he would enjoy it, but he felt humiliated because he couldn't catch or throw a ball. His dad, who was very athletic, never seemed to want to take the time to teach him. I would go to his games and feel so sad for him. I could see he felt embarrassed.  As he grew older, he enjoyed non-competitive sports, and physical activities and still does.  He also loves music and is a great cook.

When he got married to Heather in his mid-20's, he told me he would never get divorced.  Sadly, he ended up doing a lot more than his fare share, cooked, and cleaned, and completely remodeled the back yard.  Heather didn't seem to appreciate him, and sadly, they ended up divorced.  I believe that changed him on some level, as divorces often do.  It did something to his soul, and it took a toll on him.

I have no way of really understanding what triggered my son to do what he did.  I have never understood why he had such an issue with the religion. I do understand disagreeing with ideas about medical issues, but why he would act on remains a mystery to me because I have never seen my son act violent towards anyone.

That is about all I can say about my dear son.  He still has some good years left, and I pray he is given another opportunity to make a positive to this world.

Sincerely,
Elaine Starrett

Attachment F

10-6-2024

To Whom It May Concern:

My name is Mike Steenhout, and I am writing this letter today on behalf of my friend, Mikey Starrett.

I live in Olympia, Washington, with my wife of 25 years, and our 14-year-old son who just started the 9th grade. We own a home a few blocks from Olympia High School. I am a combat veteran and just finished my 23rd year working for the state of Washington. I am currently employed with the Washington State Department of Corrections. I hold a master's degree in public administration.

I met Mikey in college and have known him for over 30 years. Mikey is a gifted and capable scientist. He is also an excellent gardener and landscaper, and a very good carpenter capable of building a house from the ground up without assistance. He is a great outdoor enthusiast, and his cooking and barbecue skills are legendary in our circle of friends.

Mikey is very kind and generous to his friends. He would always volunteer to assist a friend with projects like building a new deck or fence or remodeling a bathroom. When you are a guest in Mikey's home, you were treated with great hospitality.

Mikey also suffers from mental illness and has struggled with drug abuse during periods of his life, which I personally believe was a significant factor in the deplorable crimes he committed. I have never known Mikey to be racist or hateful to a group of people or an organization, until his recent crimes.

I work for a system that focuses on rehabilitating individuals from day one. The state prison system is filled with people suffering from addiction and mental illness. Mikey needs to be accountable for his crimes, but I hope the court would consider a sentence on the lower end of the range, as I believe with proper medical care and counseling, Mikey could return and contribute to society in the future.

I sincerely hope that all this information is taken into consideration when judging the character of Mikey Starrett. Please do not hesitate to contact me with any questions. I can be reached at 360-951-1019, or greener48@hotmail.com.

Mike Steenhout

Attachment G

To Whom It May Concern:

My name is Ethan Espie, and I am writing this letter today on behalf of my friend, Mikey Starrett.

I live in Seattle, Washington with my fiancee in a house we purchased together two years ago. I have lived in Seattle for most of the last 23 years. Before that I lived for seven years in Olympia WA and I'm originally from the East Coast.

I work in the tech industry; most recently for Woven by Toyota, a subsidiary of Toyota. I am currently taking about a year off from job/career to focus on home improvement projects, and continuing education, and other personal needs.

I've known Mikey since the mid-1990s when we both attended The Evergreen State College in Olympia. In the late 90s after having both finished college we gradually became better friends.

Our main activities we did together were hiking and camping, and going to concerts. And also just lots of time hanging out at each other's houses for backyard cookouts and the like, often with other mutual friends.

He was a wildlife and wetland biologist, and during many of our hiking and camping trips I was impressed by some the knowledge he would share about various types of wildlife and other aspects of the natural world.

I was also often impressed with his extensive experience with home improvement and construction projects and how much he'd improved his home at the time in Olympia.

From about 2000 till roughly 2014, I often considered Mikey my best friend.

Starting at about 2015 we started drifting apart and hanging out less than before. Not because of any problem or falling out; just a gradual decrease in shared interests and pastimes.

I hope that all of this information is taken into consideration when judging the character of Mikey. During the years that I knew him well, I always found him to be an upstanding citizen, and to be a kind, caring individual who treated everyone with respect.

Please do not hesitate to contact me with any questions. I can be reached at (206) 605-5323 or ethanespie@yahoo.com.

Sincerely,
Ethan Espie